| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Extrusion Group, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  83-1239996

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5665 Atlanta Hwy<br>Suite 102B- 204<br>Alpharetta, GA 30004 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Forsyth | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Extrusion Group, LLC**_____  Case number (*if known*)_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

　　District _____  When _____  Case number _____
　　District _____  When _____  Case number _____

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 2

Debtor **Extrusion Group, LLC** _____ Case number (*if known*) _____
　　　Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** 　　　　　　　　　　　Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**　*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**　☐ $0 - $50,000　　■ $1,000,001 - $10 million　　☐ $500,000,001 - $1 billion

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 3

Debtor   **Extrusion Group, LLC** _____   Case number (*if known*)_____
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|--|--|--|--|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Extrusion Group, LLC**   Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 5, 2021**
MM / DD / YYYY

X **/s/ Micheal T. Houston**                                    **Micheal T. Houston**
Signature of authorized representative of debtor                Printed name

Title  **CEO**

---

**18. Signature of attorney**

X **/s/ William A. Rountree**                                    Date  **October 5, 2021**
Signature of attorney for debtor                                       MM / DD / YYYY

**William A. Rountree**
Printed name

**Rountree, Leitman & Klein, LLC**
Firm name

**Century Plaza I**
**2987 Clairmont Road, Ste 350**
**Atlanta, GA 30329**
Number, Street, City, State & ZIP Code

Contact phone  **404-584-1238**        Email address  **swenger@rlklawfirm.com**

**616503 GA**
Bar number and State

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

Debtor  **Extrusion Group, LLC**  Case number (*if known*)
Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **EG Global, LLC** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When | **10/05/21** | Case number, if known | |
| Debtor | **EG Ventures, LLC** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When | **10/05/21** | Case number, if known | |
| Debtor | **Extrusion Group Services, LLC** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When | **10/05/21** | Case number, if known | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 6

Fill in this information to identify the case:

Debtor name: **Extrusion Group, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arnall Golden Gregory LLP** 171 17th Street, NW, Ste 2100 Atlanta, GA 30363 | creditremit@agg.com | Legal fees | | | | $86,006.00 |
| **ARTechnical Solutions, LLC** 6006 Eagle Tiff Lane Sugarhill, GA 30518 | aromero@extrusiongroup.com | Independent Contractor | | | | $5,564.00 |
| **ASQ Consulting Group, LLC** 720 Rusk Street, Suite 425 Houston, TX 77002 | lisa.snell@asqconsulting.com | Expert witness | | | | $450,337.50 |
| **Barnes & Thornburg LLP** Prominence in Buckhead, 3475 Piedmont Rd, N.E. Ste 1700 Atlanta, GA 30305 | jeff.morgan@btlaw.com | Legal fees | | | | $3,028,235.32 |
| **Consilio** 1828 L St. NW Suite 1070 Washington, DC 20036 | accountsreceivable@consilio.com | Document Storage | Unliquidated Disputed | | | $115,736.54 |
| **D & P Properties** 2121 Peachtree Industrial Blvd Buford, GA 30518 | rbvalles68@gmail.com | Storage unit | | | | $2,200.00 |
| **Everlaw, Inc.** 2101 Webster St Suite 1500 Oakland, CA 94612 | billing@everlaw.com | Document Storage | | | | $33,709.00 |
| **Foley & Lardner LLP** 2020 McKinney Ave Suite 1600 Dallas, TX 75201 | Fax 214 999-4667 | Legal fees | Disputed | | | $61,871.67 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Extrusion Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kimberly-Clark Corp 400 Goody's Ln Ste 100 Knoxville, TN 37922** | **james.lamberth@troutman.com mreiter@gibsondunn.com** | **Litigation** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Kimberly-Clark Global Sales LLC, 400 Goody's Ln, Ste 100 Knoxville, TN 37922** | **james.lamberth@troutman.com mreiter@gibsondunn.com** | **Litigation** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Mark Lanterman 800 Hennepin Ave 5th Floor Minneapolis, MN 55403** | **mlanterman@compforensics.com** | **Computer Forensic Services** | | | | $20,351.25 |
| **Prof. Tim A. Osswald 1809 Madison St. Madison, WI 53711** | **tosswald@wisc.edu** | **Expert witness** | | | | $51,700.00 |
| **The Central Insurance Co 11605 Haynes Bridge Rd Ste 500 Marietta, GA 30090** | **csnelling@snellingwalters.com sbrown@snellingwalters.com** | **General Liability Insurance** | | | | $854.00 |
| **The Hartford PO Box 660916 Dallas, TX 75266-0916** | **csnelling@snellingwalters.com sbrown@snellingwalters.com** | **Workers compensation Insurance** | | | | $951.00 |

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Extrusion Group, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 5, 2021**

/s/ Micheal T. Houston  
**Micheal T. Houston**/**CEO**  
Signer/Title

Arnall Golden Gregory LLP
171 17th Street, NW, Ste 2100
Atlanta, GA 30363


ARTechnical Solutions, LLC
6006 Eagle Tiff Lane
Sugarhill, GA 30518


ASQ Consulting Group, LLC
720 Rusk Street, Suite 425
Houston, TX 77002


Barnes & Thornburg LLP
Prominence in Buckhead, 3475
Piedmont Rd, N.E. Ste 1700
Atlanta, GA 30305


Charter HR PEO
PO BOx 759
Alexander City, AL 35011


Consilio
1828 L St. NW
Suite 1070
Washington, DC 20036


D & P Properties
2121 Peachtree Industrial Blvd
Buford, GA 30518


EG Global, LLC
5665 Atlanta Hwy
Suite 102B-204
Alpharetta, GA 30004


EG Ventures, LLC
5665 Atlanta Hwy
Suite 102B-204
Alpharetta, GA 30004

```
Everlaw, Inc.
2101 Webster St
Suite 1500
Oakland, CA 94612



Extrusion Group Services, LLC
5665 Atlanta Hwy
Suite 102B-204
Alpharetta, GA 30004



Foley & Lardner LLP
2020 McKinney Ave
Suite 1600
Dallas, TX 75201



Georgia Department of Labor
148 Andew Young Int'l Blvd. NE
Atlanta, GA 30303



Georgia Department of Revenue
1800 Centrury Center Blvd
Suite 9100
Atlanta, GA 30345



Gibson Dunn & Crutcher LLP-TX
c/o Mark N. Reiter
2100 McKinney Ave  11th floor
Dallas, TX 75201



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101



Kimberly-Clark Corp
400 Goody's Ln
Ste 100
Knoxville, TN 37922
```

```
Kimberly-Clark Global Sales
LLC, 400 Goody's Ln,
Ste 100
Knoxville, TN 37922



Mark Lanterman
800 Hennepin Ave 5th Floor
Minneapolis, MN 55403



Prof. Tim A. Osswald
1809 Madison St.
Madison, WI 53711



Snelling Walters
1117 Perimeter Ctr W
Ste W101
Atlanta, GA 30338



The Central Insurance Co
11605 Haynes Bridge Rd Ste 500
Marietta, GA 30090



The Hartford
PO Box 660916
Dallas, TX 75266-0916



Troutman Pepper Hamilton
Sanders LLP c/o James Lamberth
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Extrusion Group, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Extrusion Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 5, 2021**
Date

**/s/ William A. Rountree**
**William A. Rountree**
Signature of Attorney or Litigant
Counsel for  **Extrusion Group, LLC**
**Rountree, Leitman & Klein, LLC**
**Century Plaza I**
**2987 Clairmont Road, Ste 350**
**Atlanta, GA 30329**
**404-584-1238 Fax:404 704-0246**
**swenger@rlklawfirm.com**