## CERTIFIED COPY OF RESOLUTION
## OF THE MEMBER OF EXTRUSION GROUP, LLC

This is to certify that at a meeting of the Member of Extrusion Group, LLC, a Georgia Limited Liability Company (the "**Company**"), held on the 5th day of October, 2021, the following resolution was adopted:

**WHEREAS**, the Company is unable to pay its debts as they generally mature.  **NOW, THEREFORE, IT IS HEREBY**

**RESOLVED**, that the Company authorizes the CEO of the Company to prepare, file and execute the Petition for Relief provided for in Title 11, United States Code, Chapter 11 for Extrusion Group, LLC, a Georgia Limited Liability Company, and all of the necessary papers in connection therewith, in the United States Bankruptcy Court for the Northern District of Georgia.

**RESOLVED FURTHER**, that the CEO of the Company be and hereby is authorized to do any other acts, execute all necessary documents and take any other steps in the name and on behalf of the Company necessary or appropriate to obtaining such relief, including the presentation of a Plan of Reorganization.

**RESOLVED FURTHER**, that the CEO of the Company be, and he hereby is authorized to retain Rountree Leitman & Klein, LLC as counsel for the Company in said proceeding.

Said resolution is still of full force and effect.

Dated this 5th day of October, 2021.

Extrusion Group, LLC

By: _____
Micheal Houston
EG Global, LLC, Managing Member