**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 21-21053** |
| **EXTRUSION GROUP, LLC,** | **CHAPTER 11** |
| Debtor. | |

### APPLICATION TO APPROVE EMPLOYMENT OF DEBTOR'S ATTORNEYS

The above-captioned Debtor and Debtor-in-possession (the "**Debtor**"), files this Application to Approve Employment of Debtor's Attorneys pursuant to 11 U.S.C. § 327 and in support thereof, respectfully represents as follows:

1. On October 5, 2021 (the "**Petition Date**"), the Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "**Bankruptcy Code**"). The Debtor has continued in possession of its properties and is operating and managing its business as Debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. The Debtor wishes to employ the law firm of Rountree Leitman & Klein, LLC ("**Rountree Leitman & Klein**") as its attorneys.

3. The Debtor has selected Rountree Leitman & Klein for the firm's experience and qualifications as Debtor's counsel in commercial bankruptcy cases.

4. The professional services that Rountree Leitman & Klein is to render include:

   a. Giving Debtor legal advice with respect to its powers and duties as Debtor-in-Possession in the management of its property;

   b. Preparing on behalf of Debtor as Debtor-in-Possession necessary schedules, applications, motions, answers, orders, reports and other legal matters;

| Paralegals: | Standard Hourly Rate: |
|---|---|
| Sharon M. Wenger | $195.00 |
| Megan Winokur | $150.00 |
| Catherine Smith | $150.00 |
| Yasmin Alamin | $150.00 |

The standard hourly rates charged by Rountree Leitman & Klein attorneys, law clerks, and paralegals are subject to change in the future. Rountree Leitman & Klein will make periodic application for interim compensation, and if, at the completion of the case the results merit it, the attorneys may make application to the Court for the allowance of a premium above their hourly rates.

7. Rountree Leitman & Klein received into trust $38,482.57 on October 5, 2021 via cashier's check from the Debtor. This retainer is intended as a security retainer and not a general retainer. Rountree Leitman & Klein maintains a security interest in the funds under applicable law.

8. The Debtor has an immediate need for counsel and will suffer irreparable harm if Rountree Leitman & Klein is not employed without delay. *See* Fed. R. Bankr. P. 6003. The Debtor requires the advice of counsel concerning the preparation of its schedules and statement of financial affairs and needs counsel present to comply with the US Trustee's requests for an initial debtor interview and preparation of documents requested by the US Trustee's Office.

9. Rountree Leitman & Klein represent no interest adverse to Debtor as Debtor-in-Possession or the estate in the matters upon which it is to be engaged for the Debtor-in-Possession, and its employment would be in the best interest of this estate. *See* Declaration of William A. Rountree, attached hereto as **Exhibit A** and incorporated herein by reference.

WHEREFORE, Debtor prays that its employment of Rountree Leitman & Klein as counsel under the terms specified to represent it as Debtor-in-Possession in this case under Chapter 11 of the

Bankruptcy Code be approved by the Court subject to objection filed by the Unites States Trustee or any creditor on or before 21 days from the date any order granting this Application is entered, and that it have such other and further relief as is just.

Dated: October 5, 2021                                           **Extrusion Group, LLC**

By: _____
Micheal Houston, CEO
EG Global LLC, Managing Member

## **EXHIBIT A**

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In Re: | CASE NO. _____ |
| **EXTRUSION GROUP, LLC,** | CHAPTER 11 |
| Debtor. | |

### AFFIDAVIT

STATE OF GEORGIA
COUNTY OF DEKALB

The undersigned hereby makes solemn oath:

1. I am a partner with the law firm of Rountree Leitman & Klein, LLC (hereinafter referred to as "Firm"). I am duly admitted to practice law in the State of Georgia, in the United States District Court, Northern District of Georgia, and Circuit Court of Appeals for the Eleventh Circuit. The Firm's offices are located at Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329.

2. I am one of the founding partners of the Firm, which was established January 1, 2018.

3. I will oversee the professional services in this case. I earned my bachelor's degree from Emory University and my law degree from the University of Florida, where I was on the editorial board of the Journal of Law and Public Policy. I began my legal career in 1999 serving as Law Clerk to the Honorable Steven H. Friedman, former United States Bankruptcy Judge for the Southern District of Florida.

4. I am a member of the Georgia Bar Association and Atlanta Bar Association. I have been published in numerous bar journals, newsletters, and other publications and have lectured at dozens of seminars on bankruptcy, workout and foreclosure issues. I have also served on the Continuing Legal Education Board of Trustees for the Atlanta Bar Association and volunteered regularly for Atlanta Legal Aid.

5. There are presently ten attorneys in my Firm, and their names and credentials are listed on the Firm's website, https://www.rlklawfirm.com.

6. To the best of my knowledge, prior to my current representation of the Debtor, I had never met the Debtor socially, professionally, or otherwise. To the best of my knowledge, neither I nor any attorney in my Firm is owed any monies by the Debtor or has ever represented the Debtor in any capacity.

~ 2 ~

7. I have reviewed the Schedules filed by the Debtor in this case and to the best of my knowledge, neither I nor any attorneys in my Firm represent any of the scheduled creditors in matters relating to this case.

8. With respect to my connections with the United States Trustee or any persons employed in the Office of the United States Trustee, by virtue of my being a bankruptcy practitioner in the Northern District of Georgia for over twenty years, I know many individuals employed in the office of the United States Trustee, including R. Jeneane Treace, Johnathan S. Adams, Thomas Dworschak, Lindsay Kolba, Vanessa A. Leo, Martin P. Ochs, Shawna P. Staton, and David Weidenbaum. I have never represented the interests of any member of the office of the United States Trustee, and my involvement with all persons associated with the Office of United States Trustee has been on a professional basis as opposed to a social or business basis. One of the Firm's associate attorneys, Elizabeth Childers, previously worked with Vanessa A. Leo at a prior firm from July 2017 to December 2019.

9. Based on the foregoing, to the best of my knowledge:

   a. I am, and every person in my Firm is, a "disinterested person" as defined by § 101(14) of the Bankruptcy Code, regarding the aforementioned Debtor;

   b. Neither I nor any member of my Firm holds or represents an interest adverse to this estate;

   c. Except as specified herein, neither I nor any member of my Firm has had any business, professional or other connection with the aforementioned Debtors, attorneys, creditors, or any party in interest, their respective attorneys and accountants, United States Trustee, or any person employed in the office of the United States Trustee or any other party-at-interest in this proceeding which would be adverse to this estate; and

   d. Neither I nor any member of my Firm is related to any judge of this court, nor so connected now with any judge of this court as to render such appointment of any bankruptcy judge in the Northern District of Georgia improper. One of the Firm's partners, Benjamin Keck, served as law clerk to Judge Sacca from 2012-14 and one associate, Taner Thurman, served as the 12th and 14th floor clerk as well as law clerk to Judge Cavender from 2019-20, but otherwise the Firm has no connections.

[*Signature on the following page*]

                                      /s/ William A. Rountree

William A. Rountree
Georgia Bar No. 616503

Sworn to and subscribed
before me this 5th day of
~~June~~ October, 2021

_____
Notary Public

[Notary Seal: SHARON M. WENGER, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, EXPIRES 10-11-2023]

~ 4 ~