

**IT IS ORDERED as set forth below:**

**Date: October 8, 2021**

_James R. Sacca_

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| **In Re:**<br><br>**EXTRUSION GROUP, LLC,**<br><br>DEBTOR. | **CHAPTER 11**<br><br>**CASE NO. 21-21053-JRS** |
| **In Re:**<br><br>**EG GLOBAL, LLC,**<br><br>DEBTOR. | **CHAPTER 11**<br><br>**CASE NO. 21-21054-JRS** |
| **In Re:**<br><br>**EXTRUSION GROUP SERVICES, LLC,**<br><br>DEBTOR. | **CHAPTER 11**<br><br>**CASE NO. 21-21055-JRS** |

| | |
|---|---|
| **In Re:** | **CHAPTER 11** |
| **EG VENTURES, LLC,** | **CASE NO. 21-21057-JRS** |
| **DEBTOR.** | |

**ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED HEARINGS
AND ORDER AND NOTICE SCHEDULING EXPEDITED HEARINGS**

Upon consideration of the Motion of the Debtors for Expedited Hearings on First Day

Motions [Doc. 12] (the "**Motion for Hearings**") on the following motions: (a) Motion of the

Debtors for Entry of an Order Authorizing and Directing the Joint Administration of the Debtors'

Chapter 11 Cases for Procedural Purposes Only [Doc. 9] (the "**Joint Administration Motion**");

(b) Motion for Order Authorizing the Continued Use of Existing Bank Account [Doc. 10] (the

"**Bank Account Motion**"); and (c) Motion for Order Authorizing Payment of Prepetition

Employee Compensation in the Ordinary Course of Business [Doc. 11] (the "**Payroll Motion**,"

and collectively with the Joint Administration Motion and the Bank Account Motion, the "**First**

**Day Motions**"), and it appearing that good cause exists to grant the requested relief,

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN:**

1.      The Motion for Hearings is GRANTED.

2.      The Court shall hold a hearing on the First Day Motions on **Wednesday**, **October**

**13, 2021 at 8:40 a.m. in Courtroom 1404, United States Courthouse, 75 Ted Turner Drive,**

**SW, Atlanta, Georgia 30303**.

3.      Parties      may      participate      via      Zoom      at      the      following      link:

https://www.zoomgov.com/j/1614180533?pwd=Q01BN09BcThReFBtbU5LanZKb3JtQT09. This link is

best used on a desktop or laptop computer but may be used on a phone or tablet and can also be

found on Judge Sacca's webpage at https://www.ganb.uscourts.gov/content/honorable-james-r-sacca. Participants' devices must have a camera and audio.

4.        Counsel for the Debtors shall serve this Order and Notice via email, hand delivery, or overnight mail upon the Debtors' twenty largest creditors, all parties who have filed a Notice of Appearance in the case, any party who may assert an interest in cash collateral, and the United States Trustee. Debtors' counsel shall file a certificate of service before the hearing date.

### END OF ORDER ###

**Prepared and presented by:**

**ROUNTREE LEITMAN & KLEIN, LLC**

*/s/ Taner N. Thurman*
William A. Rountree, Ga. Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Taner N. Thurman, Ga. Bar No. 835238
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com
tthurman@rlklawfirm.com
*Proposed Attorneys for Debtors*

## Distribution List

William A. Rountree
Benjamin R. Keck
ROUNTREE LEITMAN & KLEIN, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Attn: David Weidenbaum
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303