**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 21-21053-JRS** |
| **EXTRUSION GROUP, LLC,** *et al.*,[1] | **CHAPTER 11** |
| Debtors. | **[Joint Administration Requested]** |

**CERTIFICATE OF SERVICE**

This is to certify that on October 8, 2021, and again on October 12, 2021, I caused to be served via email and facsimile all parties on the Debtor's 20 largest creditors and all parties who have filed a Notice of Appearance, listed on the following page, the following documents:

    Doc. 9: Motion of the Debtors for Entry of an Order Authorizing and Directing the Joint Administration of the Debtors; Chapter 11 Cases for Procedural Purposes only

    Doc. 10: Emergency Motion for Order Authorizing the Continued use of Existing Bank Accounts

    Doc. 11: Motion of the Debtor for Entry of an Order (A) Authorizing Debtors to Pay All Prepetition Payroll Obligations, and (B) Directing Banks to Honor Related Transfers

    Doc. 12: Motion of the debtors for Expedited Hearings on First Day Motions

Additionally, I certify that on October 12, 2021, I caused to be served via email and facsimile upon all parties on the Debtor's 20 largest creditors and all parties who have filed a Notice of Appearance, listed on the following page, the following document:

    Doc. 18:  Order Granting Debtors' Motion for Expedited Hearing and Order and Notice Scheduling Expedited Hearing

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

| | | |
|---|---|---|
| Arnall Golden Gregory LLP<br><br>creditremit@agg.com | Everlaw, Inc.<br><br>billing@everlaw.com | Mark Lanterman<br><br>mlanterman@compforensics.com |
| ARTechnical Solutions, LLC<br><br>aromero@extrusiongroup.com | Foley & Lardner LLP<br><br>Fax: 214-999-4667 | Prof. Tim A. Osswald<br><br>tosswald@wisc.edu |
| ASQConsultingGroup, LLC<br><br>lisa.snell@asqconsulting.com | Kimberly-Clark Corp<br>james.lamberth@troutman.com<br>mreiter@gibsondunn.com<br>harris.winsberg@troutman.com<br>nathan.deloatch@troutman.com<br>jkrause@gibsondunn.com<br>mneumeister@gibsondunn.com<br>jconte@gibsondunn.com | The Central insurance Co<br><br>csnelling@snellingwalters.com<br>sbrown@snellingwalters.com |
| Barnes & Thornburg LLP<br><br>jeff.morgan@btlaw.com | | The Hartford<br><br>csnelling@snellingwalters.com<br>sbrown@snellingwalters.com |
| Consilio<br><br>accountsreceivable@consilio.com | Kimberly-Clark Global Sales LLC<br>james.lamberth@troutman.com<br>mreiter@gibsondunn.com<br>harris.winsberg@troutman.com<br>nathan.deloatch@troutman.com<br>jkrause@gibsondunn.com<br>mneumeister@gibsondunn.com<br>jconte@gibsondunn.com | David S. Weidenbaum<br><br>david.s.weidenbaum@usdoj.gov |
| D & P Properties<br><br>rbvalles68@gmail.com | | |

Dated: October 12, 2021          **ROUNTREE LEITMAN & KLEIN, LLC**

/s/ *Taner N. Thurman*
William A. Rountree, Ga. Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Taner N. Thurman, Ga. Bar No. 835238
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com
tthurman@rlklawfirm.com
*Proposed Attorneys for Debtor*