**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 21-21053-JRS** |
| **EXTRUSION GROUP, LLC, *et al*.,[1]** | **CHAPTER 11** |
| **Debtors.** | **[Joint Administration Requested]** |

<u>**CERTIFICATE OF SERVICE**</u>

   This is to certify that on October 12, 2021, I caused to be served via email the Application to Approve Employment of Debtor's Attorneys [Doc. 4, 21-21053]; the Application to Approve Employment of Debtor's Attorneys [Doc. 4, 21-21054]; Application to Approve Employment of Debtor's Attorneys [Doc. 4, 21-21055], and the Application to Approve Employment of Debtor's Attorneys [Doc. 4, 21-21057] upon the U. S. Trustee:

Office of the United States Trustee
Attn: David Weidenbaum
david.s.weidenbaum@usdoj.gov

Dated: October 12, 2021      **ROUNTREE LEITMAN & KLEIN, LLC**

               /s/ Taner N. Thurman
               William A. Rountree, Ga. Bar No. 616503
               Benjamin R. Keck, Ga. Bar No. 943504
               Taner N. Thurman, Ga. Bar No. 835238
               Century Plaza I
               2987 Clairmont Road, Suite 350
               Atlanta, Georgia 30329
               (404) 584-1238 Telephone
               wrountree@rlklawfirm.com
               bkeck@rlklawfirm.com
               tthurman@rlklawfirm.com
               *Proposed Attorneys for Debtor*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).