**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **EXTRUSION GROUP, LLC,** | ) | |
| | ) | CASE NO: 21-21053-JRS |
| | ) | |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |

**MOTION FOR EXTENSION OF TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

COMES NOW, Extrusion Group, LLC, (the "Debtor") and files this Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs and in support thereof, respectfully represents:

1. Debtor filed its petition for relief pursuant to Chapter 11, Title 11, of the United States Code on October 5, 2021 (the "Petition Date").

2. Pursuant to 11 U.S.C. § 521 and Fed.R.Bankr.P. 1007(c), Debtor is obligated to file its Schedules and Statement of Financial Affairs within fourteen days of the Petition Date. The deadline expires on October 19, 2021.

3. Debtor requests an extension of 14 days within which to file its Schedules and Statement of Financial Affairs, given the complexity of the information that must be gathered.

4. This is Debtor's first request for an extension, and Debtor believes that additional extensions will not be required. The § 341 Meeting of Creditors has been scheduled for November 4, 2021. Counsel for the United States Trustee has informed Debtor's Counsel that he has no opposition to the requested extension.

WHEREFORE, the Debtor respectfully requests this Court:

(a) grant the requested extension through and including November 2, 2021; and

(b) grant such other and further relief as the Court deems just and reasonable.

Respectfully submitted, this 19th day of October 2021

                                                                                                                                                                                                                       ROUNTREE LEITMAN AND KLEIN, LLC

                                                     /s/William A. Rountree
William A. Rountree, GA Bar No. 616503
2987 Clairmont Rd.
Suite 350
Atlanta, GA 30329
Tel. 404-584-1244
wrountree@rlklawfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **EXTRUSION GROUP, LLC,** | ) | |
| | ) | CASE NO: 21-21053-JRS |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following parties with a copy of the foregoing **Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs** via electronic mail, first class mail, postage prepaid, and/or by the court using the CM/ECF system, which will send an electronic e-mail notification to the party as indicated below:

David S. Weidenbaum
Office of the United States Trustee
David.s.weidenbaum@usdoj.gov

GIBSON, DUNN & CRUTCHER LLP
Jeffrey C. Krause, Esq.
jkrause@gibsondunn.com

Michael Neumeister, Esq.
mneumeister@gibsondunn.com

TROUTMAN PEPPER HAMILTON
SANDERS LLP
James A. Lamberth
James.lamberth@troutman.com

Harris B. Winsberg
Harris.winsberg@troutman.com

Nathaniel T. DeLoatch
nathan.deloatch@troutman.com

Jonathan D. Sundheimer on behalf of
Creditor Barnes & Thornburg LLP
Barnes & Thornburg LLP
11 S. Meridian St.
Indianapolis, IN 46204

John G. Conte, Esq.
jconte@gibsondunn.com

James J. Leonard
Barnes & Thornburg LLP
Jim.leonard@btlaw.com

[Signatures on following page]

|  |  |
|---|---|
| This 19th of October 2021 | ROUNTREE LEITMAN AND KLEIN, LLC |
|  | <u>/s/William A. Rountree</u> |
|  | William A. Rountree, GA Bar No. 616503 |
|  | 2987 Clairmont Rd. |
|  | Suite 350 |
|  | Atlanta, GA 30329 |
|  | Tel. 404-584-1244 |
|  | wrountree@rlklawfirm.com |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **EXTRUSION GROUP, LLC,** | ) | |
| | ) | **CASE NO: 21-21053-JRS** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME
FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter is before the Court upon Debtor's Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "Motion") [Docket No. __] filed on October 19, 2021. It appears to the Court that a Chapter 11 case was commenced by the filing of a voluntary petition on October 5, 2021, constituting an Order for Relief; that pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c), Debtor is obligated to file its Schedules and Statement of Financial Affairs within fourteen (14) days of the Order for Relief, and that the aforementioned deadline expires on October 19, 2021; that Debtor seeks an extension of time in

which to file its Schedules and Statement of Financial Affairs; that the Section 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion is **GRANTED**; and

2. The time period within which Debtor must file its schedules and Statement of Financial Affairs is hereby extended through and including November 2, 2021.

### [END OF DOCUMENT]

Prepared and Presented by:

ROUNTREE LEITMAN AND KLEIN, LLC

/s/William A. Rountree
William A. Rountree, GA Bar No. 616503
2987 Clairmont Rd.
Suite 350
Atlanta, GA 30329
Tel. 404-584-1244
wrountree@rlklawfirm.com

DISTRIBUTION LIST

William A. Rountree
2987 Clairmont Rd.
Suite 350
Atlanta, GA 30329

David S. Weidenbaum
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303