**IT IS ORDERED as set forth below:**

Date: October 21, 2021

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **EXTRUSION GROUP, LLC,** | ) | |
| | ) | **CASE NO: 21-21053-JRS** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME**
**FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter is before the Court upon Debtor's Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "Motion") [Docket No. 37] filed on October 19, 2021. It appears to the Court that a Chapter 11 case was commenced by the filing of a voluntary petition on October 5, 2021, constituting an Order for Relief; that pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c), Debtor is obligated to file its Schedules and Statement

of Financial Affairs within fourteen (14) days of the Order for Relief, and that the aforementioned deadline expires on October 19, 2021; that Debtor seeks an extension of time in which to file its Schedules and Statement of Financial Affairs; that the Section 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

  ORDERED AND ADJUDGED as follows:

1. The Motion is **GRANTED**; and

2. The time period within which Debtor must file its schedules and Statement of Financial Affairs is hereby extended through and including November 2, 2021.

**[END OF DOCUMENT]**


Prepared and Presented by:

ROUNTREE LEITMAN AND KLEIN, LLC

/s/William A. Rountree
William A. Rountree, GA Bar No. 616503
2987 Clairmont Rd.
Suite 350
Atlanta, GA 30329
Tel. 404-584-1244
wrountree@rlklawfirm.com

DISTRIBUTION LIST

William A. Rountree
2987 Clairmont Rd.
Suite 350
Atlanta, GA 30329

David S. Weidenbaum
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303