UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>EXTRUSION GROUP, LLC, *et al.*,[1]<br><br><br><br>Debtor. | Case No. 21-21053<br><br>CHAPTER 11<br><br>[Jointly Administered]<br><br>CONTESTED MATTER |
| KIMBERLY-CLARK CLARK CORPORATION and KIMBERLY-CLARK GLOBAL SALES, LLC,<br><br>Movants,<br><br>v.<br><br>EXTRUSION GROUP, LLC, *et al*.,<br><br>Respondent. | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, I electronically filed **KIMBERLY-CLARK CORPORATION AND KIMBERLY-CLARK GLOBAL SALES, LLC'S MOTION FOR ENTRY OF AN ORDER DISMISSING CHAPTER 11 CASES OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM THE AUTOMATIC STAY** [D.E. 40] (the "Motion") with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- Nathan T. DeLoatch    nathan.deloatch@troutman.com
- James J. Leonard    jim.leonard@btlaw.com
- Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
- William A. Rountree    wrountree@rlklawfirm.com, swenger@rlklawfirm.com; yalamin@rlklawfirm.com; 6717577420@filings.docketbird.com; R71213@notify.bestcase.com; csmith@rlklawfirm.com; ablanco@rlklawfirm.com; bwenger@rlklawfirm.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

<u>Taner Nolan Thurman</u>    tthurman@rlklawfirm.com, bkeck@rlklawfirm.com; wrountree@rlklawfirm.com; swenger@rlklawfirm.com; csmith@rlklawfirm.com; 2027086420@filings.docketbird.com

<u>David S. Weidenbaum</u>    david.s.weidenbaum@usdoj.gov

And I hereby do certify that on October 25, 2021, I have mailed the Motion by United States Postal Service first-class mail, postage prepaid to the following non CM/ECF participants:

Arnall Golden Gregory LLP
171 17th Street, NW, Ste 2100
Atlanta, GA 30363

ARTechnical Solutions, LLC
6006 Eagle Tiff Lane
Sugarhill, GA 30518

ASQ Consulting Group, LLC
720 Rusk Street, Suite 425
Houston, TX 77002

Barnes & Thornburg LLP
Prominence in Buckhead, 3475
Piedmont Rd, N.E. Ste 1700
Atlanta, GA 30305

Consilio
1828 L St. NW
Suite 1070
Washington, DC 20036

Kimberly-Clark Global Sales
LLC, 400 Goody's Ln,
Ste 100
Knoxville, TN 37922

The Hartford
PO Box 660916
Dallas, TX 75266-0916

D & P Properties
2121 Peachtree Industrial Blvd
Buford, GA 30518

Everlaw, Inc.
2101 Webster St
Suite 1500
Oakland, CA 94612

Foley & Lardner LLP
2020 McKinney Ave
Suite 1600
Dallas, TX 75201

Kimberly-Clark Corp
400 Goody's Ln
Ste 100
Knoxville, TN 37922

Mark Lanterman
800 Hennepin Ave 5th Floor
Minneapolis, MN 55403

Prof. Tim A. Osswald
1809 Madison St.
Madison, WI 53711

The Central Insurance Co
11605 Haynes Bridge Rd Ste 500
Marietta, GA 30090

*/s/ Nathaniel DeLoatch*
Nathaniel T. DeLoatch
Bar No. 216330

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

- 2 -

38641313

600 Peachtree St NE
Suite 3000
Atlanta, GA 30308

- 3 -

38641313