IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **In re:** | **Case No.: 21-21053-JRS** |
| **EXTRUSION GROUP, LLC,** *et al.*,[1] | **Chapter 11** |
| Debtors. | **(Jointly Administered)** |
| **KIMBERLY-CLARK CORPORATION AND KIMBERLY-CLARK GLOBAL SALES, LLC** | |
| Movants | |
| v. | |
| **EXTRUSION GROUP, LLC,** *et al.*, | |
| Respondent | |

**DEFENDANT KIMBERLY-CLARK CORPORATION AND KIMBERLY-CLARK GLOBAL SALES, LLC'S WITNESS LIST FOR EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO DISMISS AND DEBTORS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Kimberly-Clark Corporation and Kimberly-Clark Global Services, LLC (collectively, "**Kimberly-Clark**"), by and through counsel, hereby file this witness list for the evidentiary hearing to be held January 6, 2022 at 9:00 a.m. EST (the "**Evidentiary Hearing**") on the *Motion of Kimberly-Clark Corporation and Kimberly-Clark Global Sales, LLC for Entry of an*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

1

*Order Dismissing Chapter 11 Cases or, in the Alternative, Granting Relief from the Automatic Stay* [D.I. 40] and the *Debtors' Motion for Temporary Restraining Order* [Adversary D.I. 2].

### KIMBERLY-CLARK'S WITNESSES

Kimberly-Clark may call the following witnesses at the Evidentiary Hearing:

1. Micheal Houston;

2. Michael Cook;

3. Any witness called or listed by another party, and/or;

4. Any rebuttal witnesses.

Further, pursuant to Kimberly-Clark's Responses and Objections to the Debtors' First Request for Production of Documents (Nos. 1-17) and as agreed in a meet and confer with counsel to the Debtors on November 22, 2021, Kimberly-Clark intends to introduce relevant portions of that Expert Report and Disclosure of Julie L. Davis, submitted June 14, 2021, that Reply Expert Report and Disclosure of Julie L. Davis, submitted July 26, 2021, and transcript for the deposition of Julie Davis, dated August 12, 2021, all submitted or taken in the District Court Case. Kimberly-Clark does not intend to produce Ms. Davis as a witness at the Evidentiary Hearing.

Dated: November 24, 2021

Respectfully submitted,

*/s/ Nathaniel T. DeLoatch*
James A. Lamberth (Ga. Bar No. 431851)
Harris B. Winsberg (Ga. Bar No. 770892)
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
600 Peachtree Street,
NE Suite 3000
Atlanta, GA 30308
(404) 885-3362
james.lamberth@troutman.com
harris.winsberg@troutman.com
nathan.deloatch@troutman.com

-and-

Jeffrey C. Krause (pro hac vice)
Michael Neumeister (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
jkrause@gibsondunn.com
mneumeister@gibsondunn.com

John G. Conte, Esq. (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000
jconte@gibsondunn.com

*Attorneys for Creditors Kimberly-Clark Corporation and Kimberly-Clark Global Sales, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 21-21053-JRS** |
| **EXTRUSION GROUP, LLC,** *et al.*,[1] | **Chapter 11** |
| **Debtors.** | **(Jointly Administered)** |
| **KIMBERLY-CLARK CORPORATION AND KIMBERLY-CLARK GLOBAL SALES, LLC** | |
|     Movants | |
| **v.** | |
| **EXTRUSION GROUP, LLC,** *et al.*, | |
|     Respondent | |

## CERTIFICATE OF SERVICE

This is to certify that on or about November 24, 2021, I caused to be served (i) **Kimberly-Clark Corporation and Kimberly-Clark Global Sales LLC's Witness List for Evidentiary Hearing on Defendant's Motion to Dismiss and Debtor's Motion for Temporary Restraining Order** by serving via email the following:

Benjamin Keck
bkeck@rlklawfirm.com
(*Debtors' counsel*)

William Rountree
wrountree@rlklawfirm.com
(*Debtors' counsel*)

Caitlyn Powers
cpowers@rlklawfirm.com
(*Debtors' Counsel*)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

121169434v1

Taner Thurman
tthurman@rlklawfirm.com
(*Debtors' Counsel*)

Alexandra Dishun
adishun@rlklawfirm.com
(*Debtors' Counsel*)

Daniel Raskin
draskin@raskin-law.com
(*Counsel for Aero World Wide, LLC,* and *Aero Nonwovens, LLC*)

Michael Houston
mhouston@extrusiongroup.com

Michael Cook
mcook@extrusiongroup.com

        */s/ Nathaniel T. DeLoatch*
        Nathaniel T. DeLoatch
        Ga. Bar No. 216330

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree St NE
Suite 3000
Atlanta, GA 30308

121169434v1