

# Account Information Report
EG Global LLC

## October 01, 2021 - October 31, 2021
### Account: *4066 (EG Global LLC)

| | |
|---|---:|
| Available Balance | $0.00 |
| Opening Ledger Balance | $0.00 |
| Collected Balance | $0.00 |
| Current Balance | $0.00 |
| Closing Ledger | $0.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $0.00 |
| Last Deposit Date | |
| Credit Line / Overdraft Amount | $0.00 |

### Account: *4090 (Extrusion Group LLC)

| | |
|---|---:|
| Available Balance | $34,002.07 |
| Opening Ledger Balance | $34,002.07 |
| Collected Balance | $34,002.07 |
| Current Balance | $34,002.07 |
| Closing Ledger | $34,002.07 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $4,662.07 |
| Last Deposit Date | 10/26/2021 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---:|---:|
| 10/26/2021 | MyDeposit | | $4,662.07 | |
| 10/25/2021 | MyDeposit | | $4,340.00 | |
| 10/25/2021 | MyDeposit | | $2,500.00 | |
| 10/25/2021 | Wire Transfer Credit<br>  INCOMING DOMESTIC WIRE<br>  20211025B1QGC01C003736 | | $7,500.00 | |
| 10/22/2021 | ACH Credit<br>  CORP PAY GARY BEALL ENTER<br>  CCD 062000014287671<br>  EXTRUSION GROUP | | $15,000.00 | |

Report Generated on: 11/19/21 07:30:01 AM