## EXTRUSION GROUP LLC - DIP
## Balance Sheet
### As of October 31, 2021

|  | Accrual Basis |
|---|---:|
|  | **Oct 31, 21** |
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       AXOS 74090 (Extrusion Group Operating Account) | 34,002 |
|     **Total Checking/Savings** | 34,002 |
|     **Accounts Receivable** | |
|       1100000 · Accounts Receivable (Accounts Receivable) | 6,840 |
|     **Total Accounts Receivable** | 6,840 |
|   **Total Current Assets** | 40,842 |
| **TOTAL ASSETS** | **40,842** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         2100000 · Accounts Payable (Accounts Payable) | 3,415,184 |
|       **Total Accounts Payable** | 3,415,184 |
|       **Other Current Liabilities** | |
|         2076400 · EG Deferred Revenue (Deferred Revenue:EG) | 9,172 |
|       **Total Other Current Liabilities** | 9,172 |
|     **Total Current Liabilities** | 3,424,356 |
|   **Total Liabilities** | 3,424,356 |
|   **Equity** | |
|     3030000 · Retained Earnings (Retained Earnings) | (3,386,318) |
|     Net Income | 2,804 |
|   **Total Equity** | (3,383,514) |
| **TOTAL LIABILITIES & EQUITY** | **40,842** |