11:21 AM
11/20/21

# EXTRUSION GROUP LLC - DIP
## Reconciliation Detail
### AXOS 74090, Period Ending 10/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 5 items** | | | | | | |
| Payment | 10/22/2021 | | Wildwood Cotton ... | X | 15,000.00 | 15,000.00 |
| Payment | 10/25/2021 | | Johns Manville | X | 2,500.00 | 17,500.00 |
| Payment | 10/25/2021 | | Johns Manville | X | 4,340.00 | 21,840.00 |
| Payment | 10/25/2021 | | ADCO Plastics | X | 7,500.00 | 29,340.00 |
| Payment | 10/26/2021 | | Johns Manville | X | 4,662.07 | 34,002.07 |
| Total Deposits and Credits | | | | | 34,002.07 | 34,002.07 |
| Total Cleared Transactions | | | | | 34,002.07 | 34,002.07 |
| Cleared Balance | | | | | 34,002.07 | 34,002.07 |
| Register Balance as of 10/31/2021 | | | | | 34,002.07 | 34,002.07 |
| **Ending Balance** | | | | | **34,002.07** | **34,002.07** |