**EXTRUSION GROUP LLC - DIP**
## Statement of Cash Flows
**October 5 - 31, 2021**

|  | Oct 5 - 31, 21 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 4,609 |
| Adjustments to reconcile Net Income | 0 |
| to net cash provided by operations: | 0 |
| 1100000 · Accounts Receivable | 9,002 |
| 2100000 · Accounts Payable | 11,219 |
| 2076400 · EG Deferred Revenue | 9,172 |
| **Net cash provided by Operating Activities** | 34,002 |
| **Net cash increase for period** | 34,002 |
| **Cash at end of period** | **34,002** |