**EXTRUSION GROUP LLC - DIP**
# Profit & Loss
**October 5 - 31, 2021**

| | Accrual Basis |
|---|---|
| | **Oct 5 - 31, 21** |
| **Ordinary Income/Expense** | |
| **Income** | |
| **4010000 · Sales Revenue (Sales Revenue)** | |
| 401500 · Revenue Deferred | (9,172) |
| 401700 · Services (Sales Revenue:Servies) | 25,000 |
| Total 4010000 · Sales Revenue (Sales Revenue) | 15,828 |
| **Total Income** | 15,828 |
| **Cost of Goods Sold** | |
| 560000 · COGS Other (COGS Other) | 5,564 |
| **Total COGS** | 5,564 |
| **Gross Profit** | 10,264 |
| **Expense** | |
| 7000001 · Payroll Expenses | 5,655 |
| **Total Expense** | 5,655 |
| **Net Ordinary Income** | 4,609 |
| **Net Income** | **4,609** |