**EXTRUSION GROUP LLC - DIP**
## A/P Aging Summary
As of October 31, 2021

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| ARTechnical Solutions, LLC | 0 | 5,564 | 0 | 0 | 0 | 5,564 |
| Charter HR | 0 | 2,828 | 0 | 0 | 0 | 2,828 |
| **TOTAL** | **0** | **8,392** | **0** | **0** | **0** | **8,392** |