**EXTRUSION GROUP LLC - DIP**
## A/R Aging Summary
As of October 31, 2021

|  | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|
| **Johns Manville** | 6,840 | 0 | 0 | 0 | 6,840 |
| **US Meltblown-formerly American Elite PPE** | 0 | 0 | 0 | 81,658 | 81,658 |
| **Allowance for Uncollectible** | 0 | 0 | 0 | (81,658) | (81,658) |
| **TOTAL** | 6,840 | 0 | 0 | 0 | 6,840 |