# Analyzed Business Checking

Account number: 5152 ■ October 1, 2021 - October 31, 2021 ■ Page 1 of 3



EXTRUSION GROUP, LLC
1425 MARKET BLVD
STE 530-123
ROSWELL GA 30076-6708

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

## ✓ IMPORTANT ACCOUNT INFORMATION

Revised USPS service standards effective 10/1/21

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

## Account summary

*Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Closing balance |
|---|---|---|---|---|
| 5152 | $40,352.89 | $80.56 | -$40,433.45 | $0.00 |

### Credits

Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 10/22 | 0.01 | Bank Originated Acct Closing | |
| | 10/26 | 80.55 | Client Analysis Srvc Chrg 211025 Rev Chge 0921 | 5152 |
| | | $80.56 | Total electronic deposits/bank credits | |
| | | $80.56 | Total credits | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail | |
|---|---|---|---|---|---|
| | 10/01 | 505.27 | | ACH Prep Origintn - Artechnical - File 7878782339 Coid 1454880194 Artechnical Solutions | |
| | 10/01 | 5,564.00 | | ACH Prep Origintn - Artechnical - File 7878782339 Coid 1454880194 Artechnical Solutions | |
| | 10/01 | 886.32 | < | Business to Business ACH Debit - Charter Hr, Inc. Draft 211001 004 00000283 Extrusion Group, LLC | |
| | 10/01 | 5,049.36 | < | Business to Business ACH Debit - Charter Hr, Inc. Draft 211001 004 00000283 Extrusion Group, LLC | |
| | 10/04 | 9.95 | | Recurring Payment authorized on 10/01 Ninja Number 833NE Jreeder@Voice GA S301274677930174 Card 0412 | |
| | 10/04 | 35.75 | | Recurring Payment authorized on 10/01 Ninja Number 833NE Jreeder@Voice GA S461274678694701 Card 0412 | |
| | 10/04 | 28,302.24 | | Withdrawal Made In A Branch/Store | |
| | 10/12 | 80.55 | | Client Analysis Srvc Chrg 211008 Svc Chge 0921 | 5152 |
| | 10/26 | 0.01 | | Client Analysis Srvc Chrg 211025 Svc Chge 0921 | 5152 |
| | 10/27 | 0.00 | | Payoff Debit, Non-Interest Without Fee | |
| | | **$40,433.45** | | Total electronic debits/bank debits | |
| | | **$40,433.45** | | Total debits | |

*< Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date.  This time frame does not apply to consumer accounts.*

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 40,352.89 | 10/12 | -80.55 | 10/26 | 0.00 |
| 10/01 | 28,347.94 | 10/22 | -80.54 | 10/27 | 0.00 |
| 10/04 | 0.00 | | | | |
| Average daily ledger balance | $2,706.97 | | | | |

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

---

This statement includes an account that has been closed and this is your final statement for that account. You will have 90 days to retrieve historical online documents for this account. Please refer to the Fee & Information Schedule for options to obtain statement copies after 90 days.

If the account that has been closed is the primary account on the statement that includes multiple accounts (a "combined statement"), this is also the final combined statement and you will also have 90 days to retrieve historical online documents for all

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



accounts associated with this combined statement. Going forward, you will receive separate statements for any accounts that remain open.

Thank you for banking with Wells Fargo.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.