# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **In re:** | **Case No.: 21-21053-JRS** |
| **EXTRUSION GROUP, LLC,** *et al.*,[1] | **Chapter 11** |
| **Debtors.** | **(Jointly Administered)** |
| **KIMBERLY-CLARK CORPORATION AND KIMBERLY-CLARK GLOBAL SALES, LLC** | |
|     Movants | |
| **v.** | |
| **EXTRUSION GROUP, LLC,** *et al.*, | |
|     Respondent | |

## CERTIFICATE OF SERVICE

This is to certify that on or about December 29, 2021, I caused to be served **Kimberly-Clark's List of Exhibits for January 6, 2022 Hearing on (I) Kimberly-Clark's Motion for Entry of an Order Dismissing Chapter 11 Case or, in the Alternative, Granting Relief from the Automatic Stay, and (II) Plaintiff's Motion for Entry of a Temporary Restraining Order and Preliminary Injunction** on the following parties via the Court's CM/ECF system, which generates an electronic copy thereof and delivers it to all parties registered to receive notices thereby, including the following:

Benjamin Keck
bkeck@rlklawfirm.com
(*Debtors' counsel*)

William Rountree
wrountree@rlklawfirm.com
(*Debtors' counsel*)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

121169434v1

Caitlyn Powers
cpowers@rlklawfirm.com
(*Debtors' Counsel*)

Taner Thurman
tthurman@rlklawfirm.com
(*Debtors' Counsel*)

Alexandra Dishun
adishun@rlklawfirm.com
(*Debtors' Counsel*)

Daniel Raskin
draskin@raskin-law.com
(*Counsel for Aero World Wide, LLC,* and *Aero Nonwovens, LLC*)

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

David S. Weidenbaum
david.s.weidenbaum@usdoj.gov


*/s/ Nathaniel T. DeLoatch*
Nathaniel T. DeLoatch
Ga. Bar No. 216330


**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree St NE
Suite 3000
Atlanta, GA 30308

121169434v1