12:53 PM

12/14/21

# EXTRUSION GROUP LLC
## Reconciliation Detail
### AXOS 74090, Period Ending 11/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 34,002.07 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 4 items** | | | | | | |
| Check | 11/02/2021 | | Charter HR | X | -5,660.10 | -5,660.10 |
| Check | 11/12/2021 | | Charter HR | X | -2,827.04 | -8,487.14 |
| Check | 11/23/2021 | | ARTechnical Sol... | X | -5,564.00 | -14,051.14 |
| Check | 11/26/2021 | | Charter HR | X | -2,829.04 | -16,880.18 |
|     Total Checks and Payments | | | | | -16,880.18 | -16,880.18 |
|   Total Cleared Transactions | | | | | -16,880.18 | -16,880.18 |
| Cleared Balance | | | | | -16,880.18 | 17,121.89 |
| Register Balance as of 11/30/2021 | | | | | -16,880.18 | 17,121.89 |
| **Ending Balance** | | | | | **-16,880.18** | **17,121.89** |

Page 1