**EXTRUSION GROUP LLC (DIP)**
## A/P Aging Summary (Postpetition)
As of November 30, 2021

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| ARTechnical Solutions, LLC | 5,564 | 11,128 | - | - | - | 16,692 |
| Charter HR | (2) |  | - | - | - | (2) |
| EVERLAW | - | 4,033 | - | - | - | 4,033 |
| **TOTAL** | 5,562 | 15,161 | 0 | 0 | 0 | 20,723 |