**EXTRUSION GROUP LLC (DIP)**
## A/R Aging Summary
As of November 30, 2021

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Johns Manville** | 0 | 0 | 6,840 | 0 | 0 | 6,840 |
| **US Meltblown-formerly American Elite PPE** | 0 | 0 | 0 | 0 | 81,658 | 81,658 |
| **Allowance for Uncollectible** | 0 |  | 0 | 0 | (81,658) | (81,658) |
| **TOTAL** | 0 | 0 | 6,840 | 0 | 0 | 6,840 |