## EXTRUSION GROUP LLC (DIP)
## Balance Sheet (Current)
### As of November 30, 2021

Accrual Basis

| | Nov 30, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| AXOS 74090 (Extrusion Group Operating Account) | 17,127 |
| **Total Checking/Savings** | 17,127 |
| **Accounts Receivable** | |
| 1100000 · Accounts Receivable (Accounts Receivable) | |
| 110400 · Pre Petition (Accounts Receivable:EG) | 6,840 |
| Total 1100000 · Accounts Receivable (Accounts Receivable) | 6,840 |
| **Total Accounts Receivable** | 6,840 |
| **Total Current Assets** | 23,967 |
| **TOTAL ASSETS** | **23,967** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2100000 · Accounts Payable (Accounts Payable) | |
| 210100 · Pre (A/P at 10/5/2021 Petition Date) | 3,409,240 |
| 210400 · Post (Accounts Payable Post 10/05/2021) | 20,724 |
| Total 2100000 · Accounts Payable (Accounts Payable) | 3,429,964 |
| **Total Accounts Payable** | 3,429,964 |
| **Total Current Liabilities** | 3,429,964 |
| **Total Liabilities** | 3,429,964 |
| **Equity** | |
| 3030000 · Retained Earnings (Retained Earnings) | |
| 303400 · EG- Opening Equity (10/05/2021 Equity) | (3,393,398) |
| Total 3030000 · Retained Earnings (Retained Earnings) | (3,393,398) |
| Net Income | (12,599) |
| **Total Equity** | (3,405,997) |
| **TOTAL LIABILITIES & EQUITY** | **23,967** |