# EXTRUSION GROUP LLC (DIP)
## Statement of Cash Flows
**November 2021**

|  | Nov 21 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | (7,611) |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 2100000 · Accounts Payable:210400 · Post | (93) |
| 2076400 · EG Deferred Revenue | (9,172) |
| **Net cash provided by Operating Activities** | (16,877) |
| **Net cash increase for period** | (16,877) |
| **Cash at beginning of period** | 34,002 |
| **Cash at end of period** | **17,125** |