## EXTRUSION GROUP LLC (DIP)
## Profit & Loss
### November 2021

| | Accrual Basis |
|---|---|
| | **TOTAL** |
| **Ordinary Income/Expense** | |
| **Income** | |
| 4010000 · Sales Revenue (Sales Revenue) | |
| 401500 · Revenue Deferred | 9,172 |
| Total 4010000 · Sales Revenue (Sales Revenue) | 9,172 |
| **Total Income** | 9,172 |
| **Cost of Goods Sold** | |
| 5920000 · Contract Design & Fabrication | |
| 5926210 · Mechanical Labor | 11,128 |
| Total 5920000 · Contract Design & Fabrication | 11,128 |
| **Total COGS** | 11,128 |
| **Gross Profit** | (1,956) |
| **Expense** | |
| 7000001 · Payroll Expenses | 5,655 |
| **Total Expense** | 5,655 |
| **Net Ordinary Income** | (7,611) |
| **Net Income** | **(7,611)** |