IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **In re:** | Case No.: 21-21053-JRS |
| **EXTRUSION GROUP, LLC, *et al.*,**[1] | Chapter 11 |
| **Debtors.** | **(Jointly Administered)** |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEBTORS' MOTION TO EXTEND THE EXCLUSIVE PERIODS DURING WHICH DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN**

It is hereby stipulated and agreed by and between counsel for Kimberly-Clark Corporation and Kimberly-Clark Global Sales, LLC, (collectively, "**Kimberly-Clark**") and counsel for the above-captioned Debtors, pursuant to Bankruptcy Local Rule 9006-1, that the time period during which Kimberly-Clark may submit its response to the Debtors' *Motion to Extend the Exclusive Periods During which Debtors May File and Solicit Acceptances of a Chapter 11 Plan* (D.I. 87), which is currently set to expire on January 11, 2022, shall be extended through and including January 14, 2022, at 12:00 p.m. ET.

Stipulated this 11th day of January, 2022.

| | |
|---|---|
| *Attorneys for Debtors* | *Attorneys for Defendants' Kimberly-Clark Corporation and Kimberly-Clark Global Sales, LLC* |
| /s/ Caitlyn Powers | |
| William A. Rountree, Ga, Bar No. 616503 | /s/ *Nathaniel T. DeLoatch* |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

1

122827969v2

| | |
|---|---|
| Benjamin R. Keck, Ga. Bar No. 943504<br>Taner N. Thurman, Ga. Bar No. 835238<br>Caitlyn Powers, Ga. Bar No. 856354<br>ROUNTREE LEITMAN & KLEIN, LLC<br>Century Plaza I<br>2987 Clairmont Road, Suite 350<br>Atlanta, Georgia 30329<br>(404) 584-1238 Telephone<br>wrountree@rlklawfirm.com<br>bkeck@rlklawfirm.com<br>tthurman@rlklawfirm.com<br> cpowers@rlklawfirm.com | James A. Lamberth (Ga. Bar No. 431851)<br>Harris B. Winsberg (Ga. Bar. No. 770892)<br>Nathaniel T. DeLoatch (Ga. Bar No. 216330)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>600 Peachtree Street, NE<br>Suite 3000<br>Atlanta, GA 30308<br>(404) 885-3362<br>james.lamberth@troutman.com<br>harris.winsberg@troutman.com<br>nathan.deloatch@troutman.com<br><br>and<br><br>Jeffrey C. Krause (admitted *pro hac)*<br>Michael Neumeister (admitted *pro hac)*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>jkrause@gibsondunn.com<br>mneumeister@gibsondunn.com |

122827969v2

## CERTIFICATE OF SERVICE

I hereby certify on January 11, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which sent notification of such filing to the following:

- **Nathan T. DeLoatch**   nathan.deloatch@troutman.com
- **Benjamin Keck**   bkeck@rlklawfirm.com, mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;bwenger@rlklawfirm.com
- **James J. Leonard**   jim.leonard@btlaw.com, lisa.mitchum@btlaw.com
- **Office of the United States Trustee**   ustpregion21.at.ecf@usdoj.gov
- **Caitlyn Powers**   cpowers@rlklawfirm.com
- **Daniel E. Raskin**   danieleraskin1@gmail.com;R52148@notify.bestcase.com
- **William A. Rountree**   wrountree@rlklawfirm.com, swenger@rlklawfirm.com;yalamin@rlklawfirm.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;ablanco@rlklawfirm.com;bwenger@rlklawfirm.com
- **Taner Nolan Thurman**   tthurman@rlklawfirm.com, bkeck@rlklawfirm.com;wrountree@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;2027086420@filings.docketbird.com
- **David S. Weidenbaum**   david.s.weidenbaum@usdoj.gov

*/s/ Nathaniel T. DeLoatch*
Nathaniel T. DeLoatch
Ga. Bar No. 216330

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree St NE
Suite 3000
Atlanta, GA 30308

1

122827969v2