**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 21-21053-JRS** |
| **EXTRUSION GROUP, LLC,** *et al*,[1] | **CHAPTER 11** |
| **Debtors.** | **Jointly Administered for Procedural Purposes Only** |

**NOTICE OF PLEADING, DEADLINE TO OBJECT AND FOR HEARING
ON THE APPLICATION FOR INTERIM COMPENSATION BY COUNSEL
FOR DEBTORS FOR THE PERIOD OF OCTOBER 1, 2021 TO DECEMBER 31, 2021**

    **PLEASE TAKE NOTICE** that Rountree Leitman & Klein, LLC ("**Applicant**"), counsel for the Debtors in the above styled cases, has filed its First Application for Interim Compensation on January 20, 2022. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at United States Bankruptcy Court, Room 120, 121 Spring Street, SE, Gainesville, Georgia 30501, and serve a copy on the movants' attorney, Rountree Leitman & Klein, Attn: Benjamin R. Keck, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

    A hearing on the pleading has been scheduled for **February 24, 2022.** The Court will hold an initial telephonic hearing for announcements on the Application at the following number: **Toll-free Number: 833-568-8864; Meeting ID: 161 418 0533, at 10:30 am** in Courtroom 103, United States Courthouse, 121 Spring Street, SE, Gainesville, Georgia 30501.

    Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

                                                    [*Signature on following page*]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

Dated: January 20, 2022 **ROUNTREE LEITMAN & KLEIN, LLC**

*/s/ Taner N. Thurman*
William A. Rountree, Ga. Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Taner N. Thurman Ga. Bar No. 835238
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com
tthurman@rlklawfirm.com
*Attorneys for the Debtor*