**IT IS ORDERED as set forth below:**



Date: January 21, 2022

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| In Re: | CASE NO. 21-21053-JRS |
| **EXTRUSION GROUP, LLC, *et al.*,**[1] | **CHAPTER 11** |
| Debtors. | Jointly Administered |

**ORDER GRANTING
MOTION TO EXTEND THE EXCLUSIVE PERIODS DURING WHICH
DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN**

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order under Bankruptcy Code section 1121(d) extending the Debtors' exclusive periods to file a chapter 11 plan and to solicit votes to approve a chapter 11 plan (the "**Exclusivity Periods**"); and this Court having jurisdiction to consider the Motion and the relief requested therein in

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

-1-

accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the opportunity to object and for hearing on the Motion having been given under the particular circumstances pursuant to Second Amended and Restated General Order 24-2018; and no response or objection having been filed to the Motion; and the Court having considered the Motion and all other matters of record, including lack of objection thereto; and based on the foregoing, no further notice or hearing being required; and this Court having determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and all parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code section 1121(d), no party, other than the Debtors, may file any chapter 11 plan from the date hereof through and including **June 2, 2022**.

3. Pursuant to Bankruptcy Code section 1121(d), no party, other than the Debtors, may solicit votes to accept a proposed chapter 11 plan filed with this Court during the period from the date hereof through and including **August 2, 2022**.

4. Nothing herein shall prejudice the Debtors' rights to seek further extensions of the Exclusivity Periods consistent with Bankruptcy Code section 1121(d).

5. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

6. The Debtors are authorized and empowered to take all actions necessary to

implement the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

### END OF ORDER ###

**Prepared and presented by:**

**ROUNTREE LEITMAN & KLEIN, LLC**

*/s/ Caitlyn Powers*
William A. Rountree, Ga, Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Taner N. Thurman, Ga. Bar No. 835238
Caitlyn Powers, Ga. Bar No. 856354
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com
tthurman@rlklawfirm.com
cpowers@rlklawfirm.com
*Attorneys for the Debtors*

**Distribution List**

William A. Rountree
Benjamin R. Keck
ROUNTREE LEITMAN & KLEIN, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Attn: David Weidenbaum
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 21-21053-jrs |
| Extrusion Group, LLC | Chapter 11 |
| EG Ventures, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-8 | User: bncadmin | Page 1 of 3 |
| Date Rcvd: Jan 21, 2022 | Form ID: pdf406 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Extrusion Group, LLC, 5665 Atlanta Hwy, Suite 102B- 204, Alpharetta, GA 30004-3959 |
| jadmdb | + | Extrusion Group Services, LLC, 5665 Atlanta Hwy, Suite 102B-204, Alpharetta, GA 30004-3959 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Keck | |
| | on behalf of Plaintiff EG Global  LLC bkeck@rlklawfirm.com, mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;bwenger@rlklawfirm.com |
| Benjamin Keck | |
| | on behalf of Plaintiff Micheal Houston bkeck@rlklawfirm.com mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;bwenger@rlklawfirm.com |
| Benjamin Keck | |
| | on behalf of Plaintiff Michael Cook bkeck@rlklawfirm.com mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;bwenger@rlklawfirm.com |
| Benjamin Keck | |
| | on behalf of Debtor Extrusion Group  LLC bkeck@rlklawfirm.com, |

| | | |
|---|---|---|
| District/off: 113E-8 | User: bncadmin | Page 2 of 3 |
| Date Rcvd: Jan 21, 2022 | Form ID: pdf406 | Total Noticed: 2 |

mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;bwenger@rlklawfirm.com

Benjamin Keck
    on behalf of Plaintiff EG Ventures  LLC bkeck@rlklawfirm.com,
    mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;bwenger@rlklawfirm.com

Benjamin Keck
    on behalf of Plaintiff Extrusion Group  LLC bkeck@rlklawfirm.com,
    mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;bwenger@rlklawfirm.com

Benjamin Keck
    on behalf of Plaintiff Extrusion Group Services  LLC bkeck@rlklawfirm.com,
    mwinokur@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;bwenger@rlklawfirm.com

Caitlyn Powers
    on behalf of Plaintiff EG Global  LLC cpowers@rlklawfirm.com

Caitlyn Powers
    on behalf of JointAdmin Debtor EG Global  LLC cpowers@rlklawfirm.com

Caitlyn Powers
    on behalf of Plaintiff EG Ventures  LLC cpowers@rlklawfirm.com

Caitlyn Powers
    on behalf of Plaintiff Extrusion Group  LLC cpowers@rlklawfirm.com

Caitlyn Powers
    on behalf of JointAdmin Debtor EG Ventures  LLC cpowers@rlklawfirm.com

Caitlyn Powers
    on behalf of JointAdmin Debtor Extrusion Group Services  LLC cpowers@rlklawfirm.com

Caitlyn Powers
    on behalf of Plaintiff Extrusion Group Services  LLC cpowers@rlklawfirm.com

Caitlyn Powers
    on behalf of Plaintiff Micheal Houston cpowers@rlklawfirm.com

Caitlyn Powers
    on behalf of Debtor Extrusion Group  LLC cpowers@rlklawfirm.com

Caitlyn Powers
    on behalf of Plaintiff Michael Cook cpowers@rlklawfirm.com

Daniel E. Raskin
    on behalf of Unknown Aero Nonwovens  LLC danieleraskin1@gmail.com;R52148@notify.bestcase.com

Daniel E. Raskin
    on behalf of Unknown Aero Nonwovens danieleraskin1@gmail.com;R52148@notify.bestcase.com

Daniel E. Raskin
    on behalf of Unknown Aero World Wide  LLC danieleraskin1@gmail.com;R52148@notify.bestcase.com

David S. Weidenbaum
    on behalf of U.S. Trustee Office of the United States Trustee david.s.weidenbaum@usdoj.gov

Gary W. Marsh
    on behalf of Creditor Kimberly-Clark Global gary.marsh@troutman.com

Gary W. Marsh
    on behalf of Defendant Kimberly-Clark Global Sales  LLC gary.marsh@troutman.com

Gary W. Marsh
    on behalf of Creditor Kimberly-Clark Corporation gary.marsh@troutman.com

Gary W. Marsh
    on behalf of Defendant Kimberly-Clark Corporation gary.marsh@troutman.com

Gary W. Marsh
    on behalf of Creditor Kimberly-Clark Corp gary.marsh@troutman.com

Gary W. Marsh
    on behalf of Creditor Kimberly-Clark Global Sales  LLC gary.marsh@troutman.com

James J. Leonard
    on behalf of Creditor Barnes & Thornburg LLP jim.leonard@btlaw.com  lisa.mitchum@btlaw.com

Nathan T. DeLoatch
    on behalf of Defendant Kimberly-Clark Global Sales  LLC nathan.deloatch@troutman.com

Nathan T. DeLoatch
    on behalf of Creditor Kimberly-Clark Global Sales  LLC nathan.deloatch@troutman.com

| | | |
|---|---|---|
| District/off: 113E-8 | User: bncadmin | Page 3 of 3 |
| Date Rcvd: Jan 21, 2022 | Form ID: pdf406 | Total Noticed: 2 |

Nathan T. DeLoatch
    on behalf of Defendant Kimberly-Clark Corporation nathan.deloatch@troutman.com

Nathan T. DeLoatch
    on behalf of Creditor Kimberly-Clark Corporation nathan.deloatch@troutman.com

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

Taner Nolan Thurman
    on behalf of JointAdmin Debtor EG Ventures  LLC tthurman@rlklawfirm.com,
    bkeck@rlklawfirm.com;wrountree@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;2027086420@filings.docketbird.com

Taner Nolan Thurman
    on behalf of JointAdmin Debtor EG Global  LLC tthurman@rlklawfirm.com,
    bkeck@rlklawfirm.com;wrountree@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;2027086420@filings.docketbird.com

Taner Nolan Thurman
    on behalf of JointAdmin Debtor Extrusion Group Services  LLC tthurman@rlklawfirm.com,
    bkeck@rlklawfirm.com;wrountree@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;2027086420@filings.docketbird.com

Taner Nolan Thurman
    on behalf of Plaintiff Extrusion Group  LLC tthurman@rlklawfirm.com,
    bkeck@rlklawfirm.com;wrountree@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;2027086420@filings.docketbird.com

Taner Nolan Thurman
    on behalf of Debtor Extrusion Group  LLC tthurman@rlklawfirm.com,
    bkeck@rlklawfirm.com;wrountree@rlklawfirm.com;swenger@rlklawfirm.com;csmith@rlklawfirm.com;2027086420@filings.docketbird.com

William A. Rountree
    on behalf of JointAdmin Debtor Extrusion Group Services  LLC wrountree@rlklawfirm.com,
    swenger@rlklawfirm.com;yalamin@rlklawfirm.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;ablanco@rlklawfirm.com;bwenger@rlklawfirm.com

William A. Rountree
    on behalf of Debtor Extrusion Group  LLC wrountree@rlklawfirm.com,
    swenger@rlklawfirm.com;yalamin@rlklawfirm.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;ablanco@rlklawfirm.com;bwenger@rlklawfirm.com

William A. Rountree
    on behalf of JointAdmin Debtor EG Ventures  LLC wrountree@rlklawfirm.com,
    swenger@rlklawfirm.com;yalamin@rlklawfirm.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;ablanco@rlklawfirm.com;bwenger@rlklawfirm.com

William A. Rountree
    on behalf of Plaintiff Extrusion Group  LLC wrountree@rlklawfirm.com,
    swenger@rlklawfirm.com;yalamin@rlklawfirm.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;ablanco@rlklawfirm.com;bwenger@rlklawfirm.com

William A. Rountree
    on behalf of JointAdmin Debtor EG Global  LLC wrountree@rlklawfirm.com,
    swenger@rlklawfirm.com;yalamin@rlklawfirm.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlklawfirm.com;ablanco@rlklawfirm.com;bwenger@rlklawfirm.com

TOTAL: 43