**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| In Re: <br><br> **EXTRUSION GROUP, LLC, *et al.*,**[1] <br><br><br> **Debtors.** | CASE NO. 21-21053-JRS <br><br> CHAPTER 11 <br><br> Jointly Administered for Procedural Purposes Only |

## CERTIFICATE OF SERVICE

This is to certify that on January 21, 2022, I caused to be served via U.S. First Class Mail, with adequate postage prepaid the Notice of Pleading, Deadline to Object and for Hearing on Application for Interim Compensation by Counsel for Debtors for the Period of October 1, 2021 to December 31, 2021 [Doc. 118], and Application for Interim Compensation by Counsel for Debtors for the Period of October 1, 2021 to December 31, 2021 [Doc. 117] thereto upon the United States Trustee at the address shown below:

David S. Weidenbaum
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

In addition, this is to certify that on January 21, 2022, I caused to be served via U.S. First Class Mail, with adequate postage prepaid the Notice of Pleading, Deadline to Object and for Hearing on Second Application for Interim Compensation by Counsel for Debtors for the Period of October 1, 2021 to December 31, 2021 [Doc. 118] upon all interested parties, and Debtors' Creditor matrices attached hereto.

[*Signature on following page*]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

Dated: January 21, 2022

**ROUNTREE LEITMAN & KLEIN, LLC**

/s/ Taner N. Thurman
William A. Rountree, Ga. Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Taner N. Thurman, Ga. Bar No. 835238
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com
tthurman@rlklawfirm.com
*Attorneys for Debtors*

```
Label Matrix for local noticing          ARTechnical Solutions, LLC              ASQ Consulting Group, LLC
113E-2                                   6006 Eagle Tiff Lane                    720 Rusk Street, Suite 425
Case 21-21053-jrs                        Sugarhill, GA 30518-7103                Houston, TX 77002-2713
Northern District of Georgia
Gainesville
Fri Jan 21 16:17:00 EST 2022

Arnall Golden Gregory LLP                Arnall Golden Gregory LLP               Barnes & Thornburg LLP
171 17th Street, NW, Ste 2100            Darryl Laddin                           3475 Piedmont Road NE
Atlanta, GA 30363-1031                   171 17th Street NW, Suite 2100          Suite 1700
                                         Atlanta, GA 30363-1031                  Atlanta, GA 30305-3327


Barnes & Thornburg LLP                   Barnes & Thornburg LLP                  Robert C. Blume
Prominence in Buckhead, 3475             c/o Jonathan Sundheimer                 Gibson, Dunn & Crutcher LLP
Piedmont Rd, N.E. Ste 1700               11 S MERIDIAN ST                        Suite 4200
Atlanta, GA 30305                        INDIANAPOLIS, IN 46204-3535             1801 California St.
                                                                                 Denver, CO 80202-2694


Charter HR PEO                           (p)CONSILIO LLC                         John G. Conte
PO BOx 759                               ATTN MIKE FLANAGAN                      Gibson, Dunn & Crutcher LLP
Alexander City, AL 35011-0759            1828 L ST NW                            200 Park Avenue
                                         SUITE 1070                              New York, NY 10166-4799
                                         WASHINGTON DC 20036-5146


D & P Properties                         Nathan T. DeLoatch                      Dr. Timothy Osswald
2121 Peachtree Industrial Blvd           Troutman Pepper Hamilton Sanders LLP    Josh C. Kopp, Esq.
Buford, GA 30518-2405                    Suite 3000                              von Briesen & Roper, s.c.
                                         600 Peachtree St. NE                    10 E. Doty Street, Suite 900
                                         Atlanta, GA 30308-2305                  Madison, WI 53703-3390


EG Global, LLC                           EG Ventures, LLC                        Everlaw, Inc.
5665 Atlanta, Hwy                        5665 Atlanta Hwy                        2101 Webster St
Suite 102B-204                           Suite 102B-204                          Suite 1500
Alpharetta, GA 30004-3959                Alpharetta, GA 30004-3959               Oakland, CA 94612-3056


Extrusion Group Services, LLC            Extrusion Group, LLC                    Foley & Lardner LLP
5665 Atlanta Hwy                         5665 Atlanta Hwy                        2020 McKinney Ave
Suite 102B-204                           Suite 102B- 204                         Suite 1600
Alpharetta, GA 30004-3959                Alpharetta, GA 30004-3959               Dallas, TX 75201


Foley & Lardner LLP                      Georgia Department of Labor             Georgia Department of Revenue
Attn: Mark Wolfson                       148 Andew Young Int'l Blvd. NE          1800 Centrury Center Blvd
100 Tampa Street, Suite 2700             Atlanta, GA 30303-1751                  Suite 9100
Tampa, FL 33602-5810                                                             Atlanta, GA 30345


Georgia Dept. of Labor                   Georgia Dept. of Labor                  Gibson Dunn & Crutcher LLP-TX
Suite 826                                Suite 910                               c/o Mark N. Reiter
148 Andrew Young Inter. Blvd., NE        148 Andrew Young Inter. Blvd., NE       2100 McKinney Ave  11th floor
Atlanta, GA 30303-1751                   Atlanta, GA 30303-1751                  Dallas, TX 75201-2106


Global Teen Challenge, Inc.              Internal Revenue Service                Josh C. Kopp
PO Box 511                               P. O. Box 7346                          von Briesen & Roper, s.c.
Columbus, GA 31902-0511                  Philadelphia, PA 19101-7346             10 East Doty Street
                                                                                 Suite 900
                                                                                 MADISON, WI 53703-3390
```

| | | |
|---|---|---|
| Benjamin Keck<br>Rountree, Leitman & Klein, LLC<br>Suite 350, Century Plaza 1<br>2987 Clairmont Rd<br>Atlanta, GA 30329-4406 | Kimberly-Clark Corp<br>400 Goody's Ln<br>Ste 100<br>Knoxville, TN 37922-1932 | Kimberly-Clark Corporation<br>600 Peachtree St NE # 3000, Atlanta, GA<br>Atlanta, GA 30308-2305 |
| Kimberly-Clark Global Sales<br>LLC, 400 Goody's Ln,<br>Ste 100<br>Knoxville, TN 37922 | Kimberly-Clark Global Sales, LLC<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta, GA 30308-2305 | Jeffrey C. Krause<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| James J. Leonard<br>Barnes & Thornburg LLP<br>Suite 1700<br>3475 Piedmont Road, N.E.<br>Atlanta, GA 30305-3327 | Mark Lanterman<br>800 Hennepin Ave 5th Floor<br>Minneapolis, MN 55403-1864 | Gary W. Marsh<br>Troutman Pepper Hamilton Sanders LLP<br>Suite 3000<br>600 Peachtree Street, NE<br>Atlanta, GA 30308-2305 |
| Michael S. Neumeister<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Caitlyn Powers<br>Rountree Leitman & Klein, LLC<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329-4435 |
| Prof. Tim A. Osswald<br>1809 Madison St.<br>Madison, WI 53711-2125 | Daniel E. Raskin<br>Law Clinic of Daniel E. Raskin<br>Suite 114<br>325 Hammond Drive<br>Atlanta, GA 30328-5026 | Robert Scott Roe<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-4799 |
| William A. Rountree<br>Rountree Leitman & Klein, LLC<br>Century Plaza I, Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329-4406 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Snelling Walters<br>1117 Perimeter Ctr W<br>Ste W101<br>Atlanta, GA 30338-5449 |
| Jonathan D. Sundheimer<br>Barnes & Thornburg LLP<br>11 S. Meridian St.<br>Indianapolis, IN 46204-3535 | The Central Insurance Co<br>11605 Haynes Bridge Rd Ste 500<br>Marietta, GA 30090 | The Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 |
| Taner Nolan Thurman<br>Rountree Leitman & Klein LLC<br>2987 Clairmont Rd., Suite 350<br>Atlanta, GA 30329-4435 | Troutman Pepper Hamilton<br>Sanders LLP c/o James Lamberth<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308-2305 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta, GA 30303-3309 | David S. Weidenbaum<br>Office of the U.S. Trustee<br>362 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Consilio
1828 L St. NW
Suite 1070
Washington, DC 20036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Aero Nonwovens, LLC                 (u)Aero World Wide, LLC                (d)EG Global, LLC
                                                                               5665 Atlanta Hwy
                                                                               Suite 102B-204
                                                                               Alpharetta, GA 30004-3959


(d)EG Ventures, LLC                    (d)Extrusion Group Services, LLC       (d)Internal Revenue Service
5665 Atlanta Hwy                       5665 Atlanta Hwy                        PO Box 7346
Suite 102B-204                         Suite 102B-204                          Philadelphia, PA 19101-7346
Alpharetta, GA 30004-3959              Alpharetta, GA 30004-3959


(u)Kimberly-Clark Corp                 (u)Kimberly-Clark Global                End of Label Matrix
                                                                               Mailable recipients    55
                                                                               Bypassed recipients     8
                                                                               Total                  63

```
Label Matrix for local noticing      Barnes & Thornburg LLP              Barnes & Thornburg LLP
113E-2                               Prominence in Buckhead, 3475        c/o Jonathan Sundheimer
Case 21-21054-jrs                    Piedmont Rd, N.E. Ste 1700          11 S MERIDIAN ST
Northern District of Georgia         Atlanta, GA 30305                   INDIANAPOLIS, IN 46204-3535
Gainesville
Fri Jan 21 16:23:14 EST 2022

EG Global, LLC                       Georgia Department of Labor         Georgia Department of Revenue
5665 Atlanta, Hwy                    148 Andew Young Int'l Blvd. NE      1800 Centrury Center Blvd
Suite 102B-204                       Atlanta, GA 30303-1751              Suite 9100
Alpharetta, GA 30004-3959                                                Atlanta, GA 30345


Gibson Dunn & Crutcher LLP-TX        Internal Revenue Service            Kimberly-Clark Corp
c/o Mark N. Reiter                   P. O. Box 7346                      400 Goody's Ln
2100 McKinney Ave  11th floor        Philadelphia, PA 19101-7346         Ste 100
Dallas, TX 75201-2106                                                    Knoxville, TN 37922-1932


Kimberly-Clark Global Sales,         William A. Rountree                 Secretary of the Treasury
LLC, 400 Goody's Ln                  Rountree Leitman & Klein, LLC       15th & Pennsylvania Avenue, NW
Ste 100                              Century Plaza I, Suite 350          Washington, DC 20200
Knoxville, TN 37922                  2987 Clairmont Road
                                     Atlanta, GA 30329-4406


Taner Nolan Thurman                  Troutman Pepper Hamilton            U. S. Securities and Exchange Commission
Rountree Leitman & Klein LLC         Sanders LLP c/o James Lamberth      Office of Reorganization
2987 Clairmont Rd., Suite 350        600 Peachtree St NE, Ste 3000       Suite 900
Atlanta, GA 30329-4435               Atlanta, GA 30308-2305              950 East Paces Ferry Road, NE
                                                                         Atlanta, GA 30326-1382


United States Attorney               United States Trustee               David S. Weidenbaum
Northern District of Georgia         362 Richard Russell Federal Building  Office of the U.S. Trustee
75 Ted Turner Drive SW, Suite 600    75 Ted Turner Drive, SW             362 Richard B. Russell Bldg.
Atlanta GA 30303-3309                Atlanta, GA 30303-3315              75 Ted Turner Drive, SW
                                                                         Atlanta, GA 30303-3330
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service          End of Label Matrix
PO Box 7346                          Mailable recipients    17
Philadelphia, PA 19101-7346          Bypassed recipients     1
                                     Total                  18
```

```
Label Matrix for local noticing          Barnes & Thornburg LLP                    Barnes & Thornburg LLP
113E-2                                    Prominence in Buckhead, 3475              c/o Jonathan Sundheimer
Case 21-21055-jrs                         Piedmont Rd, N.E. Ste 1700                11 S MERIDIAN ST
Northern District of Georgia              Atlanta, GA 30305                         INDIANAPOLIS, IN 46204-3535
Gainesville
Fri Jan 21 16:21:08 EST 2022

Extrusion Group Services, LLC             Georgia Department of Labor               Georgia Department of Revenue
5665 Atlanta Hwy                          148 Andew Young Int'l Blvd. NE            1800 Centrury Center Blvd
Suite 102B-204                            Atlanta, GA 30303-1751                    Suite 9100
Alpharetta, GA 30004-3959                                                           Atlanta, GA 30345


Gibson Dunn & Crutcher LLP-TX             Internal Revenue Service                  Kimberly-Clark Corp
c/o Mark N. Reiter                        P. O. Box 7346                            400 Goody's Ln,
2100 McKinney Ave  11th floor             Philadelphia, PA 19101-7346               Ste 100
Dallas, TX 75201-2106                                                               Knoxville, TN 37922-1932


Kimberly-Clark Global Sales               William A. Rountree                       Secretary of the Treasury
LLC, 400 Goody's Ln,                      Rountree Leitman & Klein, LLC             15th & Pennsylvania Avenue, NW
Ste 100                                   Century Plaza I, Suite 350                Washington, DC 20200
Knoxville, TN 37922                       2987 Clairmont Road
                                          Atlanta, GA 30329-4406


Taner Nolan Thurman                       Troutman Pepper Hamilton                  Troutman Pepper Hamilton
Rountree Leitman & Klein LLC              Sanders LLP c/o James Lamberth            Sanders LLP c/o James Lamberth
2987 Clairmont Rd., Suite 350             600 Peachtree St NE, Ste 3000             600 Peachtree StNE, Suite 3000
Atlanta, GA 30329-4435                    Atlanta, GA 30308-2305                    Atlanta, GA 30308-2305


U. S. Securities and Exchange Commission  United States Trustee                     David S. Weidenbaum
Office of Reorganization                  362 Richard Russell Federal Building      Office of the U.S. Trustee
Suite 900                                 75 Ted Turner Drive, SW                   362 Richard B. Russell Bldg.
950 East Paces Ferry Road, NE             Atlanta, GA 30303-3315                    75 Ted Turner Drive, SW
Atlanta, GA 30326-1382                                                              Atlanta, GA 30303-3330




               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Internal Revenue Service               End of Label Matrix
PO Box 7346                               Mailable recipients   17
Philadelphia, PA 19101-7346               Bypassed recipients    1
                                          Total                 18
```

```
Label Matrix for local noticing          Barnes & Thornburg LLP                    Barnes & Thornburg LLP
113E-2                                   Prominence in Buckhead, 3475              c/o Jonathan Sundheimer
Case 21-21057-jrs                        Piedmont Rd, N.E. Ste 1700                11 S MERIDIAN ST
Northern District of Georgia             Atlanta, GA 30305                         INDIANAPOLIS, IN 46204-3535
Gainesville
Fri Jan 21 16:19:00 EST 2022

EG Ventures, LLC                         Georgia Department of Labor               Georgia Department of Revenue
5665 Atlanta Hwy                         148 Andew Young Int'l Blvd. NE            1800 Centrury Center Blvd
Suite 102B-204                           Atlanta, GA 30303-1751                    Suite 9100
Alpharetta, GA 30004-3959                                                          Atlanta, GA 30345


Georgia Dept. of Labor                   Georgia Dept. of Labor                    Gibson Dunn & Crutcher LLP-TX
Suite 826                                Suite 910                                 c/o Mark N. Reiter
148 Andrew Young Inter. Blvd., NE        148 Andrew Young Inter. Blvd., NE         2100 McKinney Ave  11th floor
Atlanta,  GA 30303-1751                  Atlanta,  GA 30303-1751                   Dallas, TX 75201-2106


Internal Revenue Service                 Kimberly-Clark Corp                       Kimberly-Clark Global Sales
P. O. Box 7346                           400 Goody's Ln                            LLC, 400 Goody's Ln,
Philadelphia, PA 19101-7346              Ste 100                                   Ste 100
                                         Knoxville, TN 37922-1932                  Knoxville, TN 37922


William A. Rountree                      Secretary of the Treasury                 Taner Nolan Thurman
Rountree Leitman & Klein, LLC            15th & Pennsylvania Avenue, NW            Rountree Leitman & Klein LLC
Century Plaza I, Suite 350               Washington, DC 20200                      2987 Clairmont Rd., Suite 350
2987 Clairmont Road                                                                Atlanta, GA 30329-4435
Atlanta, GA 30329-4406


Troutman Pepper Hamilton                 Troutman Pepper Hamilton                  U. S. Securities and Exchange Commission
Sanders LLP c/o James Laberth            Sanders LLP c/o James Lamberth            Office of Reorganization
600 Peachtree StNE, Ste 3000             600 Peachtree St NE, Ste 3000             Suite 900
Atlanta, GA 30308-2305                   Atlanta, GA 30308-2305                    950 East Paces Ferry Road, NE
                                                                                   Atlanta, GA 30326-1382


United States Attorney                   United States Trustee                     David S. Weidenbaum
Northern District of Georgia             362 Richard Russell Federal Building      Office of the U.S. Trustee
75 Ted Turner Drive SW, Suite 600        75 Ted Turner Drive, SW                   362 Richard B. Russell Bldg.
Atlanta,  GA 30303-3309                  Atlanta, GA 30303-3315                    75 Ted Turner Drive, SW
                                                                                   Atlanta, GA 30303-3330



           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Internal Revenue Service              End of Label Matrix
PO Box 7346                              Mailable recipients     20
Philadelphia, PA 19101-7346              Bypassed recipients      1
                                         Total                   21
```