# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| In Re: | CASE NO. 21-21053-JRS |
| EXTRUSION GROUP, LLC, *et al.*,[1] | CHAPTER 11 |
| Debtors. | Jointly Administered for Procedural Purposes Only |

## CERTIFICATE OF NO OBJECTION

Rountree Leitman & Klein, LLC ("**Applicant**"), counsel for the Debtors in the above-referenced Bankruptcy Cases, files this Certificate of No Objection, and shows the Court the following:

1. In accordance with the Order of this Court Establishing Compensation Procedures for Professionals entered on November 3, 2021 [Doc. 55] (the "**Compensation Procedure Order**"), the Applicant caused to be served monthly invoices (the "**Monthly Fee Statements**") on January 21, 2022 for the period of time beginning September 22, 2021 and ending December 31, 2021.

2. The Applicant's Monthly Fee Statements were served upon the proper parties per the Compensation Procedures Order.

3. As set forth in the Compensation Procedures Order, each party receiving a copy of the Monthly Fee Statements had 14 days after service of the Monthly Fee Statements to serve a written objection to payment of any of the time charges or expenses itemized in such Monthly Fee

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

Statements. The deadline for objections was February 4, 2022. The Applicant has not received any objections to the Monthly Fee Statements, and the records of the Court indicate that the Court has received no objection.

4. The Applicant hereby certifies that, to the best of the Applicant's knowledge and belief,

  a. the Debtors are current on all fees owed to the United States Trustee;

  b. the Debtors have filed all monthly operating reports then due or otherwise filed all monthly operating reports owing as of the date of this Certification;

  c. the United States Trustee has not advised the Debtors of any deficiencies with respect to any filed monthly operating reports or, if deficiencies have been noted, the Debtors have corrected any such deficiencies;

  d. the Debtors have or will have sufficient funds to pay the compensation and expenses without materially impacting its ability to satisfy all other post-petition obligations when due;

  e. the Debtors' representative has received the Monthly Fee Statements and has not advised Applicant that such representative believes that the requested fees and expenses are unreasonable or inappropriate;

  f. to Applicant' knowledge, information, and belief, the Debtors are not delinquent in payment any administrative expense, including post-petition taxes, insurance, and trade debt;

  g. as of the date of this Certification, Applicant is unaware of any Court-ordered deadlines, deadlines under applicable provisions of the Bankruptcy Code, or

deadlines under applicable Bankruptcy Rules or Local Rules with which the Debtors are not in compliance.

5. In accordance with the Compensation Procedures Order, as submitted by Applicant in its Monthly Fee Statements, EG Ventures, LLC is authorized to pay fees in the amount of $1,605.50 and expenses in the amount of $1,738.00 to Rountree Leitman & Klein; Extrusion Group Services, LLC is authorized to pay fees in the amount of $1,578.00 and expenses in the amount of $1,738.00 to Rountree Leitman & Klein; EG Global, LLC is authorized to pay fees in the amount of $4,445.00 and Expenses in the amount of $1,738.00 to Rountree Leitman & Klein, and Extrusion Group, LLC is authorized to pay fees in the amount of $129,422.12 and expenses in the amount of $2,184.95, for a total of $144,449.57 to Rountree Leitman & Klein as submitted by Applicant in its Monthly Fee Statements, as no objections have been served within the time permitted by the Compensation Procedures Order.

| | |
|---|---|
| Dated: February 18, 2022 | **ROUNTREE LEITMAN & KLEIN, LLC** |
| | */s/ Taner N. Thurman* |
| | William A. Rountree, Ga. Bar No. 616503 |
| | Benjamin R. Keck, Ga. Bar No. 943504 |
| | Taner N. Thurman, Ga. Bar No. 835238 |
| | 2987 Clairmont Road, Suite 350 |
| | Atlanta, Georgia 30329 |
| | (404) 584-1238 Telephone |
| | wrountree@rlklawfirm.com |
| | bkeck@rlklawfirm.com |
| | tthurman@rlklawfirm.com |
| | *Attorneys for Debtors* |

## CERTIFICATE OF SERVICE

This is to certify that on December 7, 2021, I caused to be served the foregoing pleading on the parties that have appeared in this case via the Court's CM/ECF system, which caused the parties whose email addresses are listed below to receive electronic service thereof:

David S. Weidenbaum
david.s.weidenbaum@usdoj.gov

Dated: February 18, 2022

**ROUNTREE LEITMAN & KLEIN, LLC**

*/s/ Taner N. Thurman*
William A. Rountree, Ga. Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Taner N. Thurman, Ga. Bar No. 835238
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com
tthurman@rlklawfirm.com
*Attorneys for Debtors*