**EXTRUSION GROUP LLC (DIP)**

## Profit & Loss

**February 2022**

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
|     **5920000 · Contract Design & Fabrication** | |
|         5925210 · Electrical Labor | 2,240 |
| ********* 5926210 · Mechanical Labor | 16,692 |
|         Total 5920000 · Contract Design & Fabrication | 18,932 |
|     **Total COGS** | 18,932 |
|   **Gross Profit** | (18,932) |
|     **Expense** | |
|         6060000 · Bank Charges | 27 |
|         6110000 · Dues and Sub Exp | 300 |
|         7000001 · Payroll Expenses | 8,525 |
|     **Total Expense** | 8,852 |
|   **Net Ordinary Income** | (27,784) |
| **Net Income (Loss)** | **(27,784)** |