**EXTRUSION GROUP LLC**
## Statement of Cash Flows
**February 2022**

|  | Feb 22 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | (27,784) |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| **Net cash provided by Operating Activities** | (17,130) |
| **Net cash increase for period** | (17,130) |
| **Cash at beginning of period** | 18,982 |
| **Cash at end of period** | **1,852** |