**EXTRUSION GROUP LLC, DIP**

## Balance Sheet (Current)

### As of February 28, 2022

Accrual Basis

**ASSETS**
- **Current Assets**
  - **Checking/Savings**
    - AXOS 74090 (Extrusion Group Operating Account): 1,852
  - **Total Checking/Savings**: 1,852
- **Total Current Assets**: 1,852

**TOTAL ASSETS**: **1,852**

**LIABILITIES & EQUITY**
- **Liabilities**
  - **Current Liabilities**
    - **Accounts Payable**
      - **2100000 · Accounts Payable**
        - 210100 · Pre (A/P at 10/5/2021  Petition Date): 3,409,240
        - 210400 · Post (Accounts Payable Post 10/05/2021): 36,943
      - **Total 2100000 · Accounts Payable**: 3,446,183
    - **Total Accounts Payable**: 3,446,183
  - **Total Current Liabilities**: 3,446,183
- **Total Liabilities**: 3,446,183
- **Equity**
  - **3030000 · Retained Earnings (Retained Earnings)**
    - 303400 · EG- Opening Equity (10/05/2021 Equity): (3,393,398)
  - **Total 3030000 · Retained Earnings**: (3,393,398)
  - 3200000 · *Retained Earnings -Opening Balance: (23,852)
  - Net Income: (27,081)
- **Total Equity**: (3,444,331)

**TOTAL LIABILITIES & EQUITY**: **1,852**

**EXTRUSION GROUP LLC, DIP**

## Balance Sheet (Current)

**As of February 28, 2022**

**ASSETS**
- **Current Assets**
  - **Checking/Savings**
    - AXOS 74090 (Extrusion Group Operating Account)
  - **Total Checking/Savings**
- **Total Current Assets**

**TOTAL ASSETS**

**LIABILITIES & EQUITY**
- **Liabilities**
  - **Current Liabilities**
    - **Accounts Payable**
      - 2100000 · Accounts Payable
        - 210100 · Pre (A/P at 10/5/2021   Petition Date)
        - 210400 · Post (Accounts Payable Post 10/05/2021)
      - Total 2100000 · Accounts Payable
    - **Total Accounts Payable**
  - **Total Current Liabilities**
- **Total Liabilities**
- **Equity**
  - 3030000 · Retained Earnings (Retained Earnings)
    - 303400 · EG- Opening Equity (10/05/2021 Equity)
  - Total 3030000 · Retained Earnings
  - 3200000 · *Retained Earnings -Opening Balance
  - Net Income
- **Total Equity**

**TOTAL LIABILITIES & EQUITY**

**EXTRUSION GROUP LLC, DIP**

## Balance Sheet (Current)

**As of February 28, 2022**

**ASSETS**
- **Current Assets**
  - **Checking/Savings**
    - **AXOS 74090 (Extrusion Group Operating Account)**
  - **Total Checking/Savings**
- **Total Current Assets**

**TOTAL ASSETS**

**LIABILITIES & EQUITY**
- **Liabilities**
  - **Current Liabilities**
    - **Accounts Payable**
      - **2100000 · Accounts Payable**
        - **210100 · Pre (A/P at 10/5/2021   Petition Date)**
        - **210400 · Post (Accounts Payable Post 10/05/2021)**
      - **Total 2100000 · Accounts Payable**
    - **Total Accounts Payable**
  - **Total Current Liabilities**
- **Total Liabilities**
- **Equity**
  - **3030000 · Retained Earnings (Retained Earnings)**
    - **303400 · EG- Opening Equity (10/05/2021 Equity)**
  - **Total 3030000 · Retained Earnings**
  - **3200000 · *Retained Earnings -Opening Balance**
  - **Net Income**                                                                 (50,933)
- **Total Equity**

**TOTAL LIABILITIES & EQUITY**

**EXTRUSION GROUP LLC, DIP**  358.00

## Balance Sheet (Current)

**As of February 28, 2022**

| | |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       AXOS 74090 (Extrusion Group Operating Account) | |
|     **Total Checking/Savings** | |
|   **Total Current Assets** | 28,124.00 |
| **TOTAL ASSETS** | **13,234.00** |
| **LIABILITIES & EQUITY** | 41,358.00 |
|   **Liabilities** | 41,236.00 |
|     **Current Liabilities** | 122.00 |
|       **Accounts Payable** | |
|         **2100000 · Accounts Payable** | |
|           210100 · Pre (A/P at 10/5/2021   Petition Date) | |
|           210400 · Post (Accounts Payable Post 10/05/2021) | |
|         **Total 2100000 · Accounts Payable** | |
|       **Total Accounts Payable** | |
|     **Total Current Liabilities** | |
|   **Total Liabilities** | |
|   **Equity** | |
|     **3030000 · Retained Earnings (Retained Earnings)** | |
|       303400 · EG- Opening Equity (10/05/2021 Equity) | |
|     **Total 3030000 · Retained Earnings** | |
|     3200000 · *Retained Earnings -Opening Balance | |
|     **Net Income** | |
|   **Total Equity** | |
| **TOTAL LIABILITIES & EQUITY** | |