**EXTRUSION GROUP LLC**
## Reconciliation Detail
**AXOS 74090, Period Ending 02/28/2022**

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | **18,982** |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 02/04/2022 | | Charter HR | √ | (2,846) | (2,846) |
| Check | 02/10/2022 | | ARTechnical Solutions, LLC | √ | (5,564) | (8,410) |
| Check | 02/16/2022 | | AXOS | √ | (27) | (8,437) |
| Check | 02/17/2022 | | ARTechnical Solutions, LLC | √ | (5,564) | (14,001) |
| Check | 02/18/2022 | | Charter HR | √ | (2,829) | (16,830) |
| Check | 02/22/2022 | | Media Way | √ | (300) | (17,130) |
| Total Checks and Payments | | | | | (17,130) | (17,130) |
| Total Cleared Transactions | | | | | (17,130) | (17,130) |
| Cleared Balance | | | | | | 1,852 |
| Register Balance as of 02/28/2022 | | | | | | 1,852 |
| **Ending Balance** | | | | | | **1,852** |