**EXTRUSION GROUP LLC (DIP)**

## A/P Aging Summary (Postpetition)
As of February 28, 2022

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| ARTechnical Solutions, LLC | 11,128 | 11,128 | 5,564 | 0 | 0 | 27,820 |
| Charter HR | 2,850 | 0 | 0 | 0 | 0 | 2,850 |
| EVERLAW | 0 | 0 | 0 | 0 | 4,033 | 4,033 |
| SLIC Systems, Inc. | 2,240 | 0 | 0 | 0 | 0 | 2,240 |
| **TOTAL** | 16,218 | 11,128 | 5,564 | 0 | 4,033 | 36,943 |