**EXTRUSION GROUP LLC (DIP)**

## A/R Aging Summary

**As of February 28, 2022**

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| US Meltblown-formerly American Elite PPE | 0 | 0 | 0 | 0 | 81,658 | 81,658 |
| Allowance for Uncollectible | 0 | 0 | 0 | 0 | (81,658) | (81,658) |
| **TOTAL** | **0** | **0** | **0** | **0** | **0** | **0** |