**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| In Re: | CASE NO. 21-21053-JRS |
| EXTRUSION GROUP, LLC, *et al.*,[1] | CHAPTER 11 |
| Debtors. | [Joint Administration Requested] |

## CERTIFICATE OF SERVICE

This is to certify that on March 17, 2022, I caused to be served via U. S. First Class Mail, with adequate postage prepaid the Notice of Pleading, Deadline to Object and for Hearing on Debtors' Application for Order Authorizing the Employment and Retention of Foley & Lardner LLP as Ordinary Course Counsel to Debtors Effective as of the Petition Date and Debtors' Application for Order Authorizing the Employment and Retention of Foley & Lardner LLP as Ordinary Course Counsel to Debtors Effective as of the Petition Date [Doc. 128] upon on all creditors on Debtors' matrix and parties in interest:

Dated: March 18, 2022

**ROUNTREE LEITMAN & KLEIN, LLC**

/s/ Taner N. Thurman
William A. Rountree, Ga. Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Taner N. Thurman, Ga. Bar No. 835238
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com
tthurman@rlklawfirm.com
*Attorneys for Debtor*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Extrusion Group, LLC (9996), EG Global, LLC (0194), Extrusion Group Services, LLC (2698), and EG Ventures, LLC (N/A).

```
Label Matrix for local noticing        ARTechnical Solutions, LLC            ASQ Consulting Group, LLC
113E-2                                 6006 Eagle Tiff Lane                  720 Rusk Street, Suite 425
Case 21-21053-jrs                      Sugarhill, GA 30518-7103              Houston, TX 77002-2713
Northern District of Georgia
Gainesville
Thu Mar 17 14:36:43 EDT 2022

Arnall Golden Gregory LLP              Arnall Golden Gregory LLP             Barnes & Thornburg LLP
171 17th Street, NW, Ste 2100          Darryl Laddin                         3475 Piedmont Road NE
Atlanta, GA 30363-1031                 171 17th Street NW, Suite 2100        Suite 1700
                                       Atlanta, GA 30363-1031                Atlanta, GA 30305-3327

Barnes & Thornburg LLP                 Barnes & Thornburg LLP                Robert C. Blume
Prominence in Buckhead, 3475           c/o Jonathan Sundheimer               Gibson, Dunn & Crutcher LLP
Piedmont Rd, N.E. Ste 1700             11 S MERIDIAN ST                      Suite 4200
Atlanta, GA 30305                      INDIANAPOLIS, IN 46204-3535           1801 California St.
                                                                             Denver, CO 80202-2694

Charter HR PEO                         (p)CONSILIO LLC                       John G. Conte
PO BOx 759                             ATTN MIKE FLANAGAN                    Gibson, Dunn & Crutcher LLP
Alexander City, AL 35011-0759          1828 L ST NW                          200 Park Avenue
                                       SUITE 1070                            New York, NY 10166-4799
                                       WASHINGTON DC 20036-5146

D & P Properties                       Nathan T. DeLoatch                    Dr. Timothy Osswald
2121 Peachtree Industrial Blvd         Troutman Pepper Hamilton Sanders LLP  Josh C. Kopp, Esq.
Buford, GA 30518-2405                  Suite 3000                            von Briesen & Roper, s.c.
                                       600 Peachtree St. NE                  10 E. Doty Street, Suite 900
                                       Atlanta, GA 30308-2305                Madison, WI 53703-3390

EG Global, LLC                         EG Ventures, LLC                      Everlaw, Inc.
5665 Atlanta, Hwy                      5665 Atlanta Hwy                      2101 Webster St
Suite 102B-204                         Suite 102B-204                        Suite 1500
Alpharetta, GA 30004-3959              Alpharetta, GA 30004-3959             Oakland, CA 94612-3056

Extrusion Group Services, LLC          Extrusion Group, LLC                  Foley & Lardner LLP
5665 Atlanta Hwy                       5665 Atlanta Hwy                      2020 McKinney Ave
Suite 102B-204                         Suite 102B- 204                       Suite 1600
Alpharetta, GA 30004-3959              Alpharetta, GA 30004-3959             Dallas, TX 75201

Foley & Lardner LLP                    Georgia Department of Labor           Georgia Department of Revenue
Attn: Mark Wolfson                     148 Andew Young Int'l Blvd. NE        1800 Centrury Center Blvd
100 Tampa Street, Suite 2700           Atlanta, GA 30303-1751                Suite 9100
Tampa, FL 33602-5810                                                         Atlanta, GA 30345

Georgia Dept. of Labor                 Georgia Dept. of Labor                Gibson Dunn & Crutcher LLP-TX
Suite 826                              Suite 910                             c/o Mark N. Reiter
148 Andrew Young Inter. Blvd., NE      148 Andrew Young Inter. Blvd., NE     2100 McKinney Ave  11th floor
Atlanta, GA 30303-1751                 Atlanta, GA 30303-1751                Dallas, TX 75201-2106

Global Teen Challenge, Inc.            Internal Revenue Service              Josh C. Kopp
PO Box 511                             P. O. Box 7346                        von Briesen & Roper, s.c.
Columbus, GA 31902-0511                Philadelphia, PA 19101-7346           10 East Doty Street
                                                                             Suite 900
                                                                             MADISON, WI 53703-3390
```

```
Benjamin Keck                        Kimberly-Clark Corp                  Kimberly-Clark Corporation
Rountree, Leitman & Klein, LLC       400 Goody's Ln                       600 Peachtree St NE # 3000, Atlanta, GA
Suite 350, Century Plaza 1           Ste 100                              Atlanta, GA 30308-2305
2987 Clairmont Rd                    Knoxville, TN 37922-1932
Atlanta, GA 30329-4406


Kimberly-Clark Corporation           Kimberly-Clark Global Sales          Kimberly-Clark Global Sales, LLC
Michael S. Neumeister                LLC, 400 Goody's Ln,                 600 Peachtree St. NE
333 South Grand Avenue               Ste 100                              Suite 3000
Los Angeles, CA 90071-1504           Knoxville, TN 37922                  Atlanta, GA 30308-2305


Kimberly-Clark Global Sales, LLC     Jeffrey C. Krause                    James J. Leonard
Michael S. Neumeister                Gibson, Dunn & Crutcher LLP          Barnes & Thornburg LLP
333 South Grand Avenue               333 South Grand Avenue               Suite 1700
Los Angeles, CA 90071-1504           Los Angeles, CA 90071-3197           3475 Piedmont Road, N.E.
                                                                          Atlanta, GA 30305-3327


Mark Lanterman                       Gary W. Marsh                        Michael S. Neumeister
800 Hennepin Ave 5th Floor           Troutman Pepper Hamilton Sanders LLP Gibson, Dunn & Crutcher LLP
Minneapolis, MN 55403-1864           Suite 3000                           333 South Grand Avenue
                                     600 Peachtree Street, NE             Los Angeles, CA 90071-3197
                                     Atlanta, GA 30308-2305


Office of the United States Trustee  Caitlyn Powers                       Prof. Tim A. Osswald
362 Richard Russell Building         Rountree Leitman & Klein, LLC        1809 Madison St.
75 Ted Turner Drive, SW              2987 Clairmont Road, Suite 350       Madison, WI 53711-2125
Atlanta, GA 30303-3315               Atlanta, GA 30329-4435


Daniel E. Raskin                     Robert Scott Roe                     William A. Rountree
Law Clinic of Daniel E. Raskin       Gibson, Dunn & Crutcher LLP          Rountree Leitman & Klein, LLC
Suite 114                            200 Park Avenue                      Century Plaza I, Suite 350
325 Hammond Drive                    New York, NY 10166-4799              2987 Clairmont Road
Atlanta, GA 30328-5026                                                    Atlanta, GA 30329-4406


Secretary of the Treasury            Snelling Walters                     Jonathan D. Sundheimer
15th & Pennsylvania Avenue, NW       1117 Perimeter Ctr W                 Barnes & Thornburg LLP
Washington, DC 20200                 Ste W101                             11 S. Meridian St.
                                     Atlanta, GA 30338-5449               Indianapolis, IN 46204-3535


The Central Insurance Co             The Hartford                         Taner Nolan Thurman
11605 Haynes Bridge Rd Ste 500       PO Box 660916                        Rountree Leitman & Klein LLC
Marietta, GA 30090                   Dallas, TX 75266-0916                2987 Clairmont Rd., Suite 350
                                                                          Atlanta, GA 30329-4435


Troutman Pepper Hamilton             U. S. Securities and Exchange Commission  United States Attorney
Sanders LLP c/o James Lamberth       Office of Reorganization             Northern District of Georgia
600 Peachtree St NE, Ste 3000        Suite 900                            75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30308-2305               950 East Paces Ferry Road, NE        Atlanta, GA 30303-3309
                                     Atlanta, GA 30326-1382


David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Consilio
1828 L St. NW
Suite 1070
Washington, DC 20036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Aero Nonwovens, LLC | (u)Aero World Wide, LLC | (d)EG Global, LLC<br>5665 Atlanta Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 |
| (d)EG Ventures, LLC<br>5665 Atlanta Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 | (d)Extrusion Group Services, LLC<br>5665 Atlanta Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (u)Kimberly-Clark Corp | (u)Kimberly-Clark Global | End of Label Matrix<br>Mailable recipients    57<br>Bypassed recipients     8<br>Total                  65 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-2<br>Case 21-21054-jrs<br>Northern District of Georgia<br>Gainesville<br>Fri Mar 18 09:50:44 EDT 2022 | Barnes & Thornburg LLP<br>Prominence in Buckhead, 3475<br>Piedmont Rd, N.E. Ste 1700<br>Atlanta, GA 30305 | Barnes & Thornburg LLP<br>c/o Jonathan Sundheimer<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535 |
| EG Global, LLC<br>5665 Atlanta, Hwy<br>Suite 102B-204<br>Alpharetta, GA 30004-3959 | Georgia Department of Labor<br>148 Andew Young Int'l Blvd. NE<br>Atlanta, GA 30303-1751 | Georgia Department of Revenue<br>1800 Centrury Center Blvd<br>Suite 9100<br>Atlanta, GA 30345 |
| Gibson Dunn & Crutcher LLP-TX<br>c/o Mark N. Reiter<br>2100 McKinney Ave  11th floor<br>Dallas, TX 75201-2106 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Kimberly-Clark Corp<br>400 Goody's Ln<br>Ste 100<br>Knoxville, TN 37922-1932 |
| Kimberly-Clark Corporation<br>Michael S. Neumeister<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1504 | Kimberly-Clark Global Sales,<br>LLC, 400 Goody's Ln<br>Ste 100<br>Knoxville, TN 37922 | Kimberly-Clark Global Sales, LLC<br>Michael S. Neumeister<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1504 |
| William A. Rountree<br>Rountree Leitman & Klein, LLC<br>Century Plaza I, Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329-4406 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Taner Nolan Thurman<br>Rountree Leitman & Klein LLC<br>2987 Clairmont Rd., Suite 350<br>Atlanta, GA 30329-4435 |
| Troutman Pepper Hamilton<br>Sanders LLP c/o James Lamberth<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308-2305 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | David S. Weidenbaum<br>Office of the U.S. Trustee<br>362 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     1<br>Total                   20 |

```
Label Matrix for local noticing        Barnes & Thornburg LLP               Barnes & Thornburg LLP
113E-2                                 Prominence in Buckhead, 3475         c/o Jonathan Sundheimer
Case 21-21055-jrs                      Piedmont Rd, N.E. Ste 1700           11 S MERIDIAN ST
Northern District of Georgia           Atlanta, GA 30305                    INDIANAPOLIS, IN 46204-3535
Gainesville
Fri Mar 18 10:04:47 EDT 2022

Extrusion Group Services, LLC          Georgia Department of Labor          Georgia Department of Revenue
5665 Atlanta Hwy                       148 Andew Young Int'l Blvd. NE       1800 Centrury Center Blvd
Suite 102B-204                         Atlanta, GA 30303-1751               Suite 9100
Alpharetta, GA 30004-3959                                                   Atlanta, GA 30345


Gibson Dunn & Crutcher LLP-TX          Internal Revenue Service             Kimberly-Clark Corp
c/o Mark N. Reiter                     P. O. Box 7346                       400 Goody's Ln,
2100 McKinney Ave  11th floor          Philadelphia, PA 19101-7346          Ste 100
Dallas, TX 75201-2106                                                       Knoxville, TN 37922-1932


Kimberly-Clark Corporation             Kimberly-Clark Global Sales          Kimberly-Clark Global Sales, LLC
Michael S. Neumeister                  LLC, 400 Goody's Ln,                 Michael S. Neumeister
333 South Grand Avenue                 Ste 100                              333 South Grand  Avenue
Los Angeles, CA 90071-1504             Knoxville, TN 37922                  Los Angeles, CA 90071-1504


William A. Rountree                    Secretary of the Treasury            Taner Nolan Thurman
Rountree Leitman & Klein, LLC          15th & Pennsylvania Avenue, NW       Rountree Leitman & Klein LLC
Century Plaza I, Suite 350             Washington, DC 20200                 2987 Clairmont Rd., Suite 350
2987 Clairmont Road                                                         Atlanta, GA 30329-4435
Atlanta, GA 30329-4406


Troutman Pepper Hamilton               Troutman Pepper Hamilton             U. S. Securities and Exchange Commission
Sanders LLP c/o James Lamberth         Sanders LLP c/o James Lamberth       Office of Reorganization
600 Peachtree St NE, Ste 3000          600 Peachtree StNE, Suite 3000       Suite 900
Atlanta, GA 30308-2305                 Atlanta, GA 30308-2305               950 East Paces Ferry Road, NE
                                                                            Atlanta, GA 30326-1382


United States Trustee                  David S. Weidenbaum
362 Richard Russell Federal Building   Office of the U.S. Trustee
75 Ted Turner Drive, SW                362 Richard B. Russell Bldg.
Atlanta, GA 30303-3315                 75 Ted Turner Drive, SW
                                       Atlanta, GA 30303-3330
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service            End of Label Matrix
PO Box 7346                            Mailable recipients    19
Philadelphia, PA 19101-7346            Bypassed recipients     1
                                       Total                  20
```

```
Label Matrix for local noticing              Barnes & Thornburg LLP                    Barnes & Thornburg LLP
113E-2                                       Prominence in Buckhead, 3475              c/o Jonathan Sundheimer
Case 21-21057-jrs                            Piedmont Rd, N.E. Ste 1700                11 S MERIDIAN ST
Northern District of Georgia                 Atlanta, GA 30305                         INDIANAPOLIS, IN 46204-3535
Gainesville
Fri Mar 18 10:06:28 EDT 2022

EG Ventures, LLC                             Georgia Department of Labor               Georgia Department of Revenue
5665 Atlanta Hwy                             148 Andew Young Int'l Blvd. NE            1800 Centrury Center Blvd
Suite 102B-204                               Atlanta, GA 30303-1751                    Suite 9100
Alpharetta, GA 30004-3959                                                              Atlanta, GA 30345


Georgia Dept. of Labor                       Georgia Dept. of Labor                    Gibson Dunn & Crutcher LLP-TX
Suite 826                                    Suite 910                                 c/o Mark N. Reiter
148 Andrew Young Inter. Blvd., NE            148 Andrew Young Inter. Blvd., NE         2100 McKinney Ave  11th floor
Atlanta,  GA 30303-1751                      Atlanta,  GA 30303-1751                   Dallas, TX 75201-2106


Internal Revenue Service                     Kimberly-Clark Corp                       Kimberly-Clark Corporation
P. O. Box 7346                               400 Goody's Ln                            Michael S. Neumeister
Philadelphia, PA 19101-7346                  Ste 100                                   333 South Grand Avenue
                                             Knoxville, TN 37922-1932                  Los Angeles, CA 90071-1504


Kimberly-Clark Global Sales                  Kimberly-Clark Global Sales, LLC          William A. Rountree
LLC, 400 Goody's Ln,                         Michael S. Neumeister                     Rountree Leitman & Klein, LLC
Ste 100                                      333 South Grand Avenue                    Century Plaza I, Suite 350
Knoxville, TN 37922                          Los Angeles, CA 90071-1504                2987 Clairmont Road
                                                                                       Atlanta, GA 30329-4406


Secretary of the Treasury                    Taner Nolan Thurman                       Troutman Pepper Hamilton
15th & Pennsylvania Avenue, NW               Rountree Leitman & Klein LLC              Sanders LLP c/o James Laberth
Washington, DC 20200                         2987 Clairmont Rd., Suite 350             600 Peachtree StNE, Ste 3000
                                             Atlanta, GA 30329-4435                    Atlanta, GA 30308-2305


Troutman Pepper Hamilton                     U. S. Securities and Exchange Commission  United States Attorney
Sanders LLP c/o James Lamberth               Office of Reorganization                  Northern District of Georgia
600 Peachtree St NE, Ste 3000                Suite 900                                 75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30308-2305                       950 East Paces Ferry Road, NE             Atlanta,  GA 30303-3309
                                             Atlanta, GA 30326-1382


United States Trustee                        David S. Weidenbaum
362 Richard Russell Federal Building         Office of the U.S. Trustee
75 Ted Turner Drive, SW                      362 Richard B. Russell Bldg.
Atlanta, GA 30303-3315                       75 Ted Turner Drive, SW
                                             Atlanta, GA 30303-3330
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service                  End of Label Matrix
PO Box 7346                                  Mailable recipients    22
Philadelphia, PA 19101-7346                  Bypassed recipients     1
                                             Total                  23
```