

Date   5/31/22           Page     1
Primary Account          ****4090

EXTRUSION GROUP, LLC
Debtor in Possession,
Case 21-21053-jrs
18 E BRADLEY ST LOT 15
MIRAMAR BEACH FL 32550

Account Title:            EXTRUSION GROUP, LLC
                          Debtor in Possession,
                          Case 21-21053-jrs

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | ****4090 | Statement Dates | 5/02/22 thru 5/31/22 |
| Previous Balance | 24,481.77 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Avg Daily Ledger | 22,196.86 |
| 3 Checks/Debits | 5,683.08 | Avg Daily Collected | 22,196.86 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 18,798.69 | | |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 5/06 | From DDA *4090,To DDA *4066,Bank Fee | 25.00- |
| 5/13 | DRAFT       CHARTER HR, INC. CCD 062006704759418 EXTRUSION GROUP, LLC | 2,829.05- |
| 5/27 | DRAFT       CHARTER HR, INC. CCD 062006705092183 EXTRUSION GROUP, LLC | 2,829.03- |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/02 | 24,481.77 | 5/06 | 24,456.77 | 5/13 | 21,627.72 |



```
                                        Date   5/31/22           Page      2
                                        Primary Account              4090
```

Commercial Checking                    4090   (Continued)

| DAILY BALANCE INFORMATION | |
|---|---|
| Date | Balance |
| 5/27 | 18,798.69 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**For our 24-hour Automated Banking System, please call the number located on the front of the Statement.**
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC   EQUAL HOUSING LENDER

**EXTRUSION GROUP LLC (DIP)**
**Reconciliation Detail**
**AXOS 4090, Period Ending 05/31/2022**

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | **24,482** |
|   Cleared Transactions | | | | | | |
|     Checks and Payments - 3 items | | | | | | |
|       Check | 05/06/2022 | DM | AXOS | √ | (25) | (25) |
|       Bill Pmt -Che | 05/26/2022 | ACH | Charter HR | √ | (2,829) | (2,854) |
|       Bill Pmt -Che | 05/26/2022 | ACH | Charter HR | √ | (2,829) | (5,683) |
|     Total Checks and Payments | | | | | (5,683) | (5,683) |
|   Total Cleared Transactions | | | | | (5,683) | (5,683) |
| Cleared Balance | | | | | (5,683) | 18,799 |
| Register Balance as of 05/31/2022 | | | | | (5,683) | 18,799 |
| **Ending Balance** | | | | | **(5,683)** | **18,799** |

**EXTRUSION GROUP LLC (DIP)**

## Profit & Loss
May 2022

Accrual Basis

| | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 6060000 · Bank Charges (Bank Charges) | 25 |
| 7000001 · Payroll Expenses | 5,658 |
| **Total Expense** | 5,683 |
| **Net Ordinary Income** | (5,683) |
| **Net Income** | **(5,683)** |

**EXTRUSION GROUP LLC**
## Statement of Cash Flows
**May 2022**

|  | May 22 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | (5,683) |
| **Net cash provided by Operating Activities** | (5,683) |
| **Net cash increase for period** | (5,683) |
| **Cash at beginning of period** | 24,482 |
| **Cash at end of period** | **18,799** |

**EXTRUSION GROUP LLC (DIP)**

## A/P Aging Summary (Postpetition)

As of May 21, 2022

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Charter HR** | 0 | 103 | 0 | 0 | 0 | 103 |
| **EVERLAW** | 0 | 0 | 0 | 0 | 4,033 | 4,033 |
| **TOTAL** | 0 | 103 | 0 | 0 | 4,033 | 4,136 |

## EXTRUSION GROUP LLC, DIP
## Balance Sheet (Current)
### As of MAY 31, 2022

Accrual Basis

| | |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       AXOS 4090 (Extrusion Group Operating Account) | 18,799 |
|     **Total Checking/Savings** | 18,799 |
|   **Total Current Assets** | 18,799 |
| **TOTAL ASSETS** | **18,799** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         2100000 · Accounts Payable | |
|           210100 · Pre (A/P at 10/5/2021 Petition Date) | 3,409,240 |
|           210400 · Post (Accounts Payable Post 10/05/2021) | 4,136 |
|         Total 2100000 · Accounts Payable | 3,413,376 |
|       **Total Accounts Payable** | 3,413,376 |
|     **Total Current Liabilities** | 3,413,376 |
|   **Total Liabilities** | 3,413,376 |
|   **Equity** | |
|     3030000 · Retained Earnings (Retained Earnings) | |
|       303400 · EG- Opening Equity (10/05/2021 Equity) | (3,393,398) |
|     Total 3030000 · Retained Earnings | (3,393,398) |
|     3200000 · *Retained Earnings -Opening Balance | (23,852) |
|     Net Income | 22,673 |
|   **Total Equity** | (3,394,577) |
| **TOTAL LIABILITIES & EQUITY** | **18,799** |

**EXTRUSION GROUP LLC (DIP)**

## A/R Aging Summary

As of May 31, 2022

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| US Meltblown-formerly American Elite PPE | 0 | 0 | 0 | 0 | 81,658 | 81,658 |
| Allowance for Uncollectible | 0 | 0 | 0 | 0 | (81,658) | (81,658) |
| **TOTAL** | **0** | **0** | **0** | **0** | **0** | **0** |

# EXTRUSION GROUP LLC DIP
## CASH RECEIPTS DISBURSEMENTS
May 2022

| | Type | Date | Name |
|---|---|---|---|
| **AXOS 4090 (Extrusion Group Operating Account)** | | | |
| | Check | 05/06/2022 | AXOS |
| | Bill Pmt -Check | 05/26/2022 | Charter HR |
| | Bill Pmt -Check | 05/26/2022 | Charter HR |
| Total AXOS 4090 (Extrusion Group Operating Account) | | | |
| **TOTAL** | | | |

**EXTRUSIO**
## CASH R

**May 2022**

| | Split | Debit | Credit | Cash Basis Balance |
|---|---|---:|---:|---:|
| **AXOS 409** | | | | **24,482** |
| | 6060000 · Bank Charges (Bank Charges) | | 25 | 24,457 |
| | 210400 · Post (Accounts Payable Post 10/05/2021) | | 2,829 | 21,628 |
| | 210400 · Post (Accounts Payable Post 10/05/2021) | | 2,829 | 18,799 |
| Total AXOS | | 0 | 5,683 | 18,799 |
| **TOTAL** | | **0** | **5,683** | **18,799** |